FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: UNITED STATE DISTRICT COURT FOR THE DISTICT OF COLUMBIA

Dwight Harris
Arlington County Detention Facility
1435 North Courthouse Road
Arlington, Va. 22201

Vs

Alvin Goins Jr.
13401 Doncaster Lane
Sivler Spring, Md. 20904

CASE NUMBER 1:06CV02257

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

DATE STAMP: 12/29/2006

## Civil Complaint

This civil complaint is solely against Mr. Alvin Goins Jr. for breach of promise in two matters, one the agreement to sale me the dwelling of 4923 New Hampshire Ave. N.W. Washington D.C. 20011 and/ or two, the refusal to pay me for my services in remodeling and restoring of the condemned dwelling at 4923 New Hampshire Ave. N.W. Washington, D.C. 20011, in the year of 2004.

My complaint is as follow to this most honorable court:

In the month of March of the year 2004, while renting a condo unit from Mr. Alvin Goins Jr. in S.E. Washington, D.C. I was asked by Ms. Lucy Price, my mother who manages a number of housing projects for Mr. Alvin Goins Jr. if I would be interested in restoring the condemned property that Mr. Alvin Goins Jr. owned at 4923 New Hampshire Ave. N.W. Washington, D.C. The property was listed condemned by the Housing and Fire Department Authorities of the District of Columbia, because of a electrical fire that took place inside the property.

RECEIVED
NOV 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Ms. Lucy Price stated that Ms. Goins Jr. would rent me the property once I restored the dwelling and that Ms. Goins Jr. agreed that all money (s) invested towards the restorations from my remodeling services would be deducted from my rent or be paid to me after the completion of the job. Ms. Lucy Price, wouldn't allow me to do any restoration or remodeling to the dwelling without Mr. Alvin Goins Jr. approval at 4923 New Hampshire Ave. N.W. Washington, DC.

After the completion of restoring the dwelling at 4923 New Hampshire Ave, N.W. Washington, D.C. for occupancy Mr. Alvin Goins Jr. met me at the above said dwelling to discuss the terms of payment for my services and an agreement of me renting the house at that time Mr. Alving Goins Jr. was more submissive to selling me the property and asked me if I would be interested in buying the property of 4923 New Hampshire Ave. N.W. Washington, D.C., he also stated in this proposal that that all money (s) I've invested in restoring the house would go towards the purchase of the house and he also stated that all rent money paid to him would go towards the purchase of the house ( He stated the reason why he was selling me the house was because he liked me and that I deserved having my own house) I agreed to the above terms and he stated that he would write me a contract of sale of the property once he had straighten out a small matter concerning the property, which he did not state to me what the matters were but assured me that I was actually buying the property. (That same month I started paying Mr. Goins Jr. his rent with the option to buy) Unfortunately I was arrested and confined to the Department of Corrections, shortly there after and never received a written contract from Mr. Alvin Goins Jr. as he stated originally.

Ms. Lucy Price, while managing Mr. Goins Jr. business and properties and being very familiar with his business and the condition stated above, she continued to pay Mr. Goins Jr. on my behalf for the last two and a half years while I've been incarcerated with an overall impression that all rent money(s) were to go towards the purchase of buying the house at 4923 New Hampshire Ave. N.W. Washington, D.C. as originally stated by Mr. Goins Jr. in 2004.

During my incarceration I have on a number of occasions tried to get Mr. Goins Jr. to comply with our original agreement in year 2004, by writing me out a sales contract but to no avail. Ms. Lucy Price, have tried numerous time but to no avail, she even had a legal for sale contract written up but Mr. Alvin Goins Jr. refuced to sign the contract. Thereafter, Mr. Alvin Goins Jr., recognized that his problems of claiming to sale me the property was not simply going to go away so inturn he present a what I believed to be an
* ilegal and unfinished memorandum of sales contract for the dwelling of 4923 New Hampshire Ave. N.W. Washington, D.C. dated July 6, 2006, knowingly and acknowledging his agreement to selling me the above property.

( **I truly believe Mr. Goins Jr. who claimed to have a license Real Estate Broker Firm, true intention from the start knowing my lack of knowledge in Real Estate sales was to cunningly and fraudulently manipulate me and using my mother influence for his own self gratification to profit from my services and the money(s) I've paid him rent that were to go towards the purchase of the property. I believe he gave willingly false information on his ability to sale the house to me located at 4923 New Hampshire, Ave. N.W. Washington, D.C. as the rightful owner in 2004 I believe this will be revealed if this case goes to trial or in the discovery of evidence.** )

I mailed registered letter to Mr. Alvin Goins Jr. , on two separate occasions 9-28-06 and 10-16-06, to resolve the matter above before it became a civil matter that this court have to address but to no avail , he has refused once again to resolve this matter at hand. In good faith I also proposed to Mr. Goins , to pay me just for my services in restoring and remodeling the the dwelling at 4923 New Hampshire Ave, N.W. Washington, D.C. , along with the money(s) I have paid Mr. Goins for the past two and a half years , I didn't include the money that have been spent on work that needed to me done to the house since I've been incarcerated but he has again refused to reach an agreement with me. Mr. Alvin Goins Jr. believes that he do not have to stand my his word and agreement Because of my present disposition of being incarcerated . He also believes that I am not entitled to be compensated for my remodeling and restoration services.

I have suffer a great deal trying to come to terms with Mr. Goins Jr., physically and mentally , thinking of how I've been taken advantage of as a human being by this mischievous , fraudulent and cunning real estate broker .

I have experience an extreme amount of unwanted stress, anxiety and insomnia .

I have receipts, witnesses and documentation that's beyond reproach that I will present to this most honorable court supporting my civil complaint and to prove to this court that Mr. Goins original intentions was most likely to only profit through his hidden agenda of deception , trickery and dishonesty .

**I ASK THIS MOST HONORABLE COURT,** to order Mr. Alvin Goins Jr. to stand by his agreement of selling me the house at 4923 New Hampshire Ave. N.W. Washington, D.C. and that all money(s) both from paying rent with the option to buy while I've been incarcerated for the past two and a half , and along with the money(s) I initially invested in restoring and remodeling the house for livable occupancy.

In good faith to this most honorable court I am willing to settle this before it reaches the

trial stages, but if Mr. Alvin Goins Jr. continue to deny the fact of our agreements concerning both my remodeling services and investments, I motion this court to approve a jury trial and I am suing Mr. Alvin Goins Jr. if this case goes to trail in lieu of $ 500,000,00 **OR MORE,** for declarative, specific and compensatory damages.

**I RESPECTFULLY SUBMIT THIS CIVIL COMPLAINT TO THIS MOST HONORABLE COURT.**

Mr. Dwight V. Harris
Arlington County detention Facility
1435 North Courthouse Rd.
Arlington, Va. 22201