**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 2257

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re:   DWIGHT HARRIS  v.  Alvin Goins Jr.

Civil Action No. _____

     I, Dwight Harris  # 111364 , hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

    (b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

     I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

     If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

     By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

                                                  Dwight Victor Harris
                                                         Signature of Plaintiff

n:\forms\Trust Account Form

3

Current User Name: STORM          [ Logout ]

Bkgid: 111364        [ Submit ]

Resident ID:      111364
Resident Name:    HARRIS , DWIGHT VICTOR
Location:         09 - B0 - 034A

[ History ]   [ Property ]

| Date | Transaction | Description | Amount | Balance | Due | Held | Total | Reference |
|---|---|---|---|---|---|---|---|---|
| 11/17/2006 | ERF | OID:100008752-ComisaryRefund-Reg | 2.65 | 6.72 | 0.00 | 0.00 | 6.72 | |
| 11/15/2006 | EPR | OID:100008752-ComisaryPurch-Reg | -27.32 | 4.07 | 0.00 | 0.00 | 4.07 | |
| 11/08/2006 | EPR | OID:100008334-ComisaryPurch-Reg | -48.90 | 31.39 | 0.00 | 0.00 | 31.39 | |
| 11/01/2006 | EPR | OID:100007876-ComisaryPurch-Reg | -21.28 | 80.29 | 0.00 | 0.00 | 80.29 | |
| 10/25/2006 | EPR | OID:100007407-ComisaryPurch-Reg | -25.52 | 101.57 | 0.00 | 0.00 | 101.57 | |
| 10/20/2006 | EPR | OID:100007052-ComisaryPurch-Reg | -3.70 | 127.09 | 0.00 | 0.00 | 127.09 | |
| 10/20/2006 | ERF | OID:100006934-ComisaryRefund-Reg | 7.96 | 130.79 | 0.00 | 0.00 | 130.79 | |
| 10/18/2006 | EPR | OID:100006934-ComisaryPurch-Reg | -71.00 | 122.83 | 0.00 | 0.00 | 122.83 | |
| 10/17/2006 | MO DEP | REC 116253 / MO 10226861335 | 100.00 | 193.83 | 0.00 | 0.00 | 193.83 | |
| 10/17/2006 | <MEDICAL COPA> | Payment for MEDICAL COPAY on 2006-09-28- | -6.17 | 93.83 | 0.00 | 0.00 | 93.83 | |
| 10/17/2006 | MO DEP | REC 116254 / MO 10226861346 | 100.00 | 100.00 | 6.17 | 0.00 | 100.00 | |
| 09/28/2006 | MEDICAL COPAY | DR VISIT | 10.00 | 3.83 | 10.00 | 0.00 | 3.83 | |
| 09/28/2006 | <MEDICAL COPA> | DR VISIT | -3.83 | 0.00 | 6.17 | 0.00 | 0.00 | |
| 09/27/2006 | EPR | OID:100005605-ComisaryPurch-Reg | -17.96 | 3.83 | 0.00 | 0.00 | 3.83 | |
| 09/21/2006 | ERF | OID:100005136-ComisaryRefund-Reg | 4.60 | 21.79 | 0.00 | 0.00 | 21.79 | |
| 09/20/2006 | EPR | OID:100005136-ComisaryPurch-Reg | -45.74 | 17.19 | 0.00 | 0.00 | 17.19 | |
| 09/14/2006 | ERF | OID:100004631-ComisaryRefund-Reg | 5.60 | 62.93 | 0.00 | 0.00 | 62.93 | |
| 09/13/2006 | EPR | OID:100004631-ComisaryPurch-Reg | -67.71 | 57.33 | 0.00 | 0.00 | 57.33 | |
| 09/07/2006 | MO DEP | REC 116271 / MO 10220798092 | 100.00 | 125.04 | 0.00 | 0.00 | 125.04 | |
| 09/07/2006 | MO DEP | REC 116270 / MO 10220798103 | 25.00 | 25.04 | 0.00 | 0.00 | 25.04 | |
| 08/30/2006 | EPR | OID:100003839-ComisaryPurch-Reg | -3.00 | 0.04 | 0.00 | 0.00 | 0.04 | |
| 08/02/2006 | EPR | OID:100001985-ComisaryPurch-Reg | -26.97 | 3.04 | 0.00 | 0.00 | 3.04 | |
| 07/26/2006 | EPR | OID:100001583-ComisaryPurch-Reg | -70.42 | 30.01 | 0.00 | 0.00 | 30.01 | |
| 07/24/2006 | MO DEP | REC 116214 / MO 09490122461 | 100.00 | 100.43 | 0.00 | 0.00 | 100.43 | |
| 06/29/2006 | BAL FWD | DEPOSIT AT CONVERSION | 0.43 | 0.43 | 0.00 | 0.00 | 0.43 | |

```
=================================================================
                        Arlington County Jail
=================================================================
       Sent Order 100000761 for HARRIS, DWIGHT VICTOR
              Wednesday, November 22, 2006  @14:26
=================================================================
```

| ID | Order # | Name |
|---|---|---|
| 111364 | 100000761 | HARRIS, DWIGHT VICTOR |

| Order Date | Location | Order Form |
|---|---|---|
| 2006-07-12 | 09 B0 034A | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 9801 | INDIGENT KIT | 1 | 0.00 | 0.00 | 0.00 | 0.00 | Sent |
|  | Order Total |  |  | 0.00 | 0.00 | 0.00 |  |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit ($999.99) | 999.99 | 0.00 | 6.72 |
| Commissary Items | 60.00 | 0.00 |  |
| NONFOOD | 999.99 | 0.00 |  |

------------------------------------------------------------
                        Arlington County Jail
Page 1

```
================================================================
                    Arlington County Jail
================================================================
        Sent Order 100001183 for HARRIS, DWIGHT VICTOR
             Wednesday, November 22, 2006  @14:27
================================================================
```

| ID | Order # | Name | | |
|---|---|---|---|---|
| 111364 | 100001183 | HARRIS, DWIGHT VICTOR | | |
| Order Date | | Location | | Order Form |
| 2006-07-19 | | 09 B0 034A | | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6262 | MAYONNAISE 12PK | 0 | 1.17 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6450 | CC SHARP CHEESE SPREAD | 0 | 2.54 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6212 | SPICY CAJUN MIX 3.5OZ | 0 | 1.12 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6826 | FRESH CATCH TUNA 4.23 OZ. | 0 | 2.05 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6178 | FC MACKEREL | 0 | 1.95 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6602 | CHEESY JALA TORTILLA 4PK | 0 | 1.17 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6055 | SPANISH RICE W/CHEESE | 0 | 0.59 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6105 | BBQ POTATO CHIPS | 0 | 0.83 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 3035 | SL 6OZ CHOC CHIP COOKIES | 0 | 0.98 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6001 | SHRIMP RAMEN NOODLES | 0 | 0.78 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6042 | I/L CHEDDAR CHEESE | 0 | 1.17 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 1400 | BOWL | 0 | 0.76 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 0115 | MEN A/P SPORT TALC 3 OZ | 0 | 2.38 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 4010 | SNICKERS BAR | 0 | 0.73 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 4037 | HERSHEY'S W/ALMONDS | 0 | 0.73 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6770 | BF SUMMER SAUSAGE ORG FLV | 0 | 2.73 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 6501 | PICKLE (MILD) | 0 | 1.07 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 0397 | NEXT1 COCOA BTTR SOAP 5OZ | 0 | 0.81 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| 0412 | 3.5OZ DIAL ANTIBACT SOAP | 0 | 0.81 | 0.00 | 0.00 | 0.00 | Unauthorized Indigent Item |
| | | Order Total | | 0.00 | 0.00 | 0.00 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit ($999.99) | 999.99 | 0.00 | 6.72 |
| Commissary Items | 60.00 | 0.00 | |
| NONFOOD | 999.99 | 0.00 | |

Page 1