# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DWIGHT HARRIS,**<br>　Plaintiff<br><br>V.<br><br>**ALVIN GOINS JR.**<br>　Defendant | )<br>)<br>)　**Civil Action No. 062257-CKK**<br>)<br>)<br>)<br>)<br>)<br>) |

## RE: REQUEST THAT THE CAPTION OF THE NAME BE CORRECTED

Honorable Court, on the 13th day of December according with the provisions of 28 usc 1915 (B) (I) (A) and (B) I was granted forma pauperis by the Honorable Judge Gladys Kessler.

I now ask this Court to correct the defendant's name in the caption of the motion and any other related motion, brief memorandum or orders, so that there will not be any misunderstanding of who my civil action is against in the District Court.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Dwight Harris
　　　　　　　　　　　　　　　　　　　　　　　　　Arlington County
　　　　　　　　　　　　　　　　　　　　　　　　　Detention Facility
　　　　　　　　　　　　　　　　　　　　　　　　　1435 N. Courthouse Rd.
　　　　　　　　　　　　　　　　　　　　　　　　　Arlington, VA 22201

I certify that copies of this note have been mailed to the following:

United States District Court
Judge Gladys Kessler
333 Constitution Ave. NW Rm 6333
Washington, DC 20001

Nancy Mayer–Whittington, Clerk
333 Constitution Ave. NW Rm 1834
Washington, DC 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DWIGHT HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| ALBERT GOINS, JR., | ) |
| Defendant. | ) |

*[handwritten notation: "Correction please. Alvin Goins Jr."]*

## ORDER

Plaintiff has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a)(1994). Upon review of the financial information, the Court finds that Plaintiff is required to pay the statutory filing fee of $350.00 for this action and an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and (B). Accordingly, it is this 13th day of December, 2006,

**ORDERED** that:

1.  The Plaintiff is obligated to pay an initial partial filing fee payment of $1.34.

2.  The Plaintiff is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as partial payments on the $350.00 filing fee.

3.  The authorized institution officer shall deduct from Plaintiff's prison account the initial payment described above. The remaining payments described above shall be deducted and

paid to the Clerk of the United States District Court for the District of Columbia each time the amount in the account exceeds $10 until the filing fee is paid.

4. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

5. Plaintiff's application to proceed *in forma pauperis* is granted.

/s/ Gladys Kessler
United States District Judge