TO THE UNITED STATES ~~SUPERIOR~~ DISTRICT COURT ~~OF~~ FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dwight V. Harris<br>Arlington County Detention Facility<br>1435 N. Courthouse Rd.<br>Arlington, VA 22201,<br>    Plaintiff<br><br>v<br><br>Alvin Goins Jr.<br>13401 Doncaster Lane<br>Silver Spring, MD 20904<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 062257-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO BE APPOINTED PRO BONO COUNSEL

I HEREBY SUMBIT THIS REQUEST TO THE MOST HONORABLE JUDGES CHAMBER OF JUDGE, COLLEN KOLLER- KOTELLY

I humbly ask that this court appoint legal counsel and representation in this civil action, through the District Courts clinic panel for Pro Bono services pursuant to rule LCvR 83.10(A).

I request that this motion be granted on the following grounds:

(A) I the plaintiff in this civil action have not the expertise, resources, ability or liberty to justly and correctly follow all of the courts rules and procedures in a timely matter as a pro se forma pauperis litigant (which my cause default)

and because of the statute of limitation in processing, filing and answering motions, briefs and /or memorandums to this honorable court.

(B) I do not know what is expected of me pursuing this civil action nor the procedures because of my lack of knowledge in this civil matter.

(C) I do not posses the ability to receive proper disclosures of information needed for discover purposes because of access and limitation to resources on behalf of my incarceration status.

(D) I do not have the liberty to confer with the defendant to negotiate an appropriate settlement before this civil action reaches the trail stages.

Most Honorable Judge Koller-Kotelly on good faith I ask this Court to order this civil action to first proceed to the United States District Court Mediation and Dispute Resolution Program to resolve this civil action before proceeding to trail but I do Most Honorable Judge, Koller-Kotelly, I have enclosed a number of letters [Exhibit IV] from different law firms and organizations that have been designated for representation of indigent persons exhibit I-IV.

WHEREFORE, it is respectfully submitted that this motion be granted.

_____
Dwight Harris
Pro Se Plaintiff
Arlington County Detention Facility
1435 N. Courthouse Rd.
Arlington, VA 22201



EXHIBIT 1

# PRO BONO PROGRAM

December 5, 2006

Dwight V. Harris
Arlington County Detention
Facility
Arlington, VA. 22201

Dear Mr. Harris:

We are in receipt of your recent inquiry; please find enclosed a listing from the Martindale-Hubbell website. You may wish to obtain further information through an an initial consultation with one or more of the attorneys listed. While, we cannot guarantee the availability of the attorneys; we hope this information will be of some help.

Also, the Bar Association of the District of Columbia Lawyer Referral Service will identify and refer attorneys for a fee. The number is 202-296-7845.

Our office does not provide direct representation to individuals nor does it refer clients to attorneys. You may wish to contact the following offices for further direction. We are returning your document for your future use.

Sincerely,

Ronald Baynes
Program Coordinator

1250 H Street NW, Sixth Floor, Washington DC 20005-5937 ▪ 202-737-4700, FAX 202-626-3471, www.dcbar.org



# AMERICAN CIVIL LIBERTIES UNION FUND
## OF THE NATIONAL CAPITAL AREA

1400 - 20TH STREET NW, SUITE 119, WASHINGTON, DC 20036-5920 / (202) 457-0800

| PARALEGAL | STAFF ATTORNEY | LEGAL DIRECTOR | EXECUTIVE DIRECTOR |
|---|---|---|---|
| Jessica Langley | Fritz Mulhauser | Arthur B. Spitzer | Johnny Barnes |

www.aclu-nca.org

November 1, 2006

**SPECIAL LEGAL MAIL**
**OPEN ONLY IN INMATE PRESENCE**
Mr. Dwight Harris
Arlington County Adult Detention Center
1435 North Courthouse Rd.
Arlington, VA 22201

Dear Mr. Harris:

We received your request for assistance in suing a real estate broker and his firm here in the District of Columbia. We understand that in 2004 you invested over $30,000 in fixing up a house because the agent promised you a good deal to buy it, but it turned out he was not the owner and couldn't hold up his end of the deal after you did a lot of work. We couldn't tell who did profit from your fix-up work -- if the real estate agent wasn't the owner, then who was? Maybe that person should pay you. Though we sympathize with your situation and understand your frustration, I'm afraid we are not in a position to offer legal aid.

The ACLU has a narrow and specific mission, as described in the enclosed brief paper. We take cases where government has infringed basic freedoms. The case you would like to bring is a business dispute between private parties, you and the real estate agent (and maybe others). That is not a kind of legal claim that the ACLU takes on or that our attorneys know anything about.

If you get to court, the major question will be whether you have proof that the agent promised you the deal on the house that you described. Oral promises are enforceable, but still, don't you expect the agent will deny there was a deal, and then what do you say? You said you have evidence to back up your account and it will be crucial to demonstrate you had a deal, yet your confidence was betrayed and someone else profited from your investment of time and money.

There are no sources of free attorneys that help people with business disputes. The Bar Association of DC has a Lawyer Referral Service that (for a small fee) will help you find an attorney qualified to practice in DC, knowledgeable about real estate matters, and available to be retained (paid). You can write them, at 1225 19th St., N.W., Suite 800, Washington, DC 20036. If you are soon to be released you can arrange a referral by telephone (202-296-7845). Attorneys listed there agree to an initial consultation at low price, usually under $50. Such a consultation would be valuable to help you learn if you have a potential case and what it could cost to pursue it.

Note all legal matters have deadlines. Thus you shouldn't hesitate to consult promptly with a qualified attorney to learn the statute of limitations (a deadline for bringing a case in court) that applies to your case. We regret we can't be more help and we wish you the best of luck.

Sincerely,

Ll. Rhyddid Watkins
Law Clerk

Enclosure (ACLU)



# WASHINGTON LAWYERS' COMMITTEE
## FOR CIVIL RIGHTS & URBAN AFFAIRS

October 13, 2006

**LEGAL MAIL:**
**SPECIAL MAIL: Do Not Open Except in Inmate's Presence**
Dwight V. Harris
1435 North Courthouse Rd.
Arlington, VA 22201

Dear Mr. Harris,

We received your recent letter. I regret to report that we will be unable to represent you at this time. **This does not mean that your claim is not legitimate.** We receive far more requests for assistance than we can manage effectively and must turn down many potential lawsuits that have merit. Unfortunately, we cannot help every inmate in need. However, you may wish to contact one of the following attorneys who may be in a better position to assist you:

Samuel Shapiro
200 A Monroe, Suite 233
Rockville, MD 20850
(301) 340-1333

Daniel M. Schember
Gaffney & Schember
1666 Connecticut Ave. NW
Suite 225
Washington, DC 20009
(202) 328-2244

Victor Glasberg
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036-4192
Direct Dial:    (202) 862-4311
General No.:   (202) 828-4100
Facsimile:     (202) 828-4130

Schultz & Trombly, PLLC
Ken Trombly
1050 17th Street, NW
Suite 1250
Washington, DC 20036
(202) 887-5000

Douglas R. Smith, Esq.
Douglas R. Smith, P.C.
50 West Montgomery Avenue
Suite 200
Rockville, Maryland 20850
(240) 453-9400

Jonathan Zucker
The Lincoln Building
514 10th St. NW
9th floor
Washington, DC 20004
202 624 - 0784

Geoffrey Allen
1130 17th St. NW, Suite 400 Washington
D.C. 20036
(202) 778-1167

11 DUPONT CIRCLE, NW   SUITE 400   WASHINGTON, DC 20036
www.washlaw.org (WEBSITE)    (202) 775-0323 CLIENT LINE- COLLECT CALLS ACCEPTED

Warren E. Gorman
5530 Wisconsin Ave., Suite 120
Chevy Chase, MD 20815
(301)654-5757

If you wish to file a lawsuit against the District of Columbia, you must comply with two time limits. First, section 12-309 of the D.C. Code requires you to notify Mayor Williams of your claim in writing within six months of the date you were injured. You may do this by writing a letter to the Mayor at 441 4th Street NW, Suite 1100, Washington, DC 20001. The letter must include the date, time, place, cause, and circumstances of your injury.

Second, no matter against whom you file a lawsuit, you must file within the applicable statute of limitations. The statute of limitations may be as short as one year for claims such as assault.

If you fail to either file a notice of claim or a lawsuit within the proper time period, you may lose the right to recovery for some or all of your injuries. Since we are not agreeing to represent you at this time, you are responsible for all statutes of limitation.

**Remember: you must file grievances to exhaust your administrative remedies before you can file a lawsuit in most courts.** This means that you must file grievances *and appeal unsatisfactory responses to grievances* all the way up to the Director of the D.C. Department of Corrections. If you are confined in another jurisdiction, you must complete all appeals of the grievance process. If administrators fail to respond to your grievance within the designated time period, you do not need to wait for their response before filing an appeal to your grievance or, if you have exhausted your administrative remedies by filing the highest appeal, before filing a lawsuit.

*Understand, we are NOT representing you and you are responsible for pursuing this matter on your own.*

It is unfortunate that we could not do more to assist you. Please do not hesitate to contact us again if you have further questions. We wish you the best.

Sincerely,

*Allison Berger*
Allison Berger
Legal Intern to
Deborah M. Golden,
Staff Attorney

Law Offices of:

# ABDULLAH SALIM, J.D., P.C.

329 University Boulevard, East
Silver Spring, Maryland 20901-2801
Phone: (301) 434-4460 • Fax (301) 434-4490
E-mail: salimmigration@juno.com
www.salimmigration.com • www.abdullahsalimlaw.com

R.H. ABDULLAH SALIM, ESQ.
Principal Counsel

October 27, 2006

Mr. Dwight Harris
1435 North Courthouse Road
Arlington, VA 22201

    RE: REQUEST FOR CONSULTATION

Dear Mr. Harris:

    Thank you for your letter. I regret to inform you that, unfortunately, I am not able to set up a consultation for you. I am an attorney licensed in Maryland for local jurisdictional matters. I will not be able to help you in DC.

    Good Luck with your legal endeavors.

Sincerely,

Abdullah Salim, Esq.

AS:pb

EXHIBIT V

**U.S. Department of Justice**

Civil Rights Division

168-79-0/259469

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

October 26, 2006

Dwight Harris
Arlington County Detention Facility
1435 North Courthouse Road
Arlington, VA  22201

Dear Mr. Harris:

   Thank you for your correspondence. Under the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997, the Special Litigation Section of the United States Department of Justice has authority to investigate complaints concerning conditions in state or locally-operated institutions. These institutions include, but are not limited to prisons, jails, mental retardation/developmental disability facilities, juvenile facilities, mental health, and publicly-operated nursing homes. When a systemic "pattern or practice" of the deprivation of constitutional or statutory rights is determined to exist, we have the authority to initiate civil action in the name of the United States against state or local officials to remedy such conditions.

   The Section's authority does not extend to investigating the personal grievances of a single individual. Moreover, the Section is not authorized to represent individual citizens in legal matters or to give them legal advice. Therefore, we are unable to provide you with legal opinions or assistance with personal lawsuits or legal matters. However, if you wish to pursue this matter further, you might consider contacting a private attorney or a legal services lawyer. This individual may assist you in determining what, if any, remedies may be available to you.

   We will consider your letter carefully along with other information we may receive to determine whether a pattern or practice investigation is warranted. If you have additional details that you believe may be relevant to our review, we would appreciate it if you would forward that information to us.

We hope this information is useful. For additional information, you may want to review our website:

http://www.usdoj.gov/crt/split/index.html

Sincerely,

Glynis Raval
Special Litigation Section
Civil Rights Division

October 08, 2006

Dear Dwight Harris, ,

We recently received your request for legal assistance. Unfortunately, the Jacob Burns Community Legal Clinics of George Washington University Law School will not be able to provide you with such assistance.

    Attached, it is an Referral List, that may be able to provide you with the assistance you have requested.

    We regret that the Community Legal Clinics cannot assist you and we hope that you are able to resolve your legal status prompt favorable manner.

                                                      Sincerely,

                                                      The George Washington
                                                      Community Legal Clinics