UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUBIA

Dwight Harris
Arlington Det. Fac.
1435 N. Courthouse Rd.
Arlington, Va. 22201

Vs.

Civil Action No: 062257 CKK

Alvin Goins Jr.
13401 Doncaster Lane
Silver Spring, 20904

## MOTION TO BE COURT ORDERED TO THE U.S.MEDIATION

## DISPUTE RESOLUTION PROGRAM

**I HEREBY,** SUBMIT THIS MOTION TO THE MOST HONORABLE JUDGE, KOLLER-KOTELLY.

I on good faith wishes to be court ordered to the U.S. District Court Mediation and

Dispute Resolution Program to resolve this issue before it reaches the trail stages.

I SUBMIT THIS MOTION TO THIS COURT ON January 29, 2007

**I ASK** THAT THIS MOTION BE GRANTED.

United States District Court Judge

Dwight Harris
Arlington Det. Fac.