UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dwight Harris, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 06-2257 (CKK) |
| Alvin Goins, Jr., | : | |
|     Defendants. | : | |

### ORDER

Service of the summons and the complaint filed *pro se* was executed upon defendant on January 25, 2007. *See* Dkt. No. 7. Defendant has neither entered an appearance nor pleaded or otherwise defended against the complaint. Accordingly, it is this 15th day of March 2007, hereby

ORDERED that pursuant to Fed. R. Civ. P. 55(a), the Clerk shall enter a default against defendant; it is

FURTHER ORDERED that plaintiff shall, pursuant to Fed. R. Civ. P. 55(b)(2), apply for judgment within twenty (20) days of the filing date of this Order or risk dismissal of the complaint; and it is

FURTHER ORDERED that the Clerk shall send a copy of this Order by certified mail, return receipt requested, to defendant, who may avoid the Court's entry of default judgment by entering an appearance within ten (10) days of this Order and moving pursuant to Fed. R. Civ. P. 55(c) and LCvR 7(g) to vacate the entry of default.[1]

                                                          _____s/s_____
                                                          COLLEEN KOLLAR-KOTELLY
                                                           United States District Judge

---

[1] "A motion to vacate an entry of default . . . shall be accompanied by a verified answer presenting a defense sufficient to bar the claim in whole or in part." LCvR 7(g).

Paper copy to:

Dwight Harris
Arlington County Detention Facility
1435 North Courthouse Lane
Arlington, VA 22201

Alvin Goins, Jr.
13401Doncaster Lane
Silver Spring, MD 20904