Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DWIGHT HARRIS

    Plaintiff(s)

Civil Action No. 06-2257 CKK

V.

ALVIN GOINS, JR.,

    Defendant(s)

RE: ALVIN GOINS, JR.,

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 1/25/07, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of March, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
    Deputy Clerk