UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dwight Harris,                          :
                                        :
                Plaintiff,              :
        v.                              :        Civil Action No. 06-2257 (CKK)
                                        :
Alvin Goins, Jr.,                       :
                                        :
                Defendant.              :

<u>ORDER</u>

Defendant moves to vacate the default entered on March 16, 2007.  In his supporting

memorandum, defendant states that on February 22, 2007, plaintiff moved to dismiss the

complaint here because of his identical case before the Superior Court of the District of

Columbia.  Def.'s Points and Authorities at 2.  The record does not reflect plaintiff's filing of

such a motion and defendant has not provided a copy of the motion.  In any event, defendant has

provided sufficient grounds for vacating the default.  Accordingly, it is this 22nd day of March

2007, hereby

        ORDERED that defendant's motion to vacate [Dkt. No. 12] is GRANTED; it is

        FURTHER ORDERED that the Clerk's entry of default [Dkt. No. 11] is VACATED; and

it is

        FURTHER ORDERED that within twenty (20) days of this Order, defendant shall file an

answer to the complaint and/or a dispositive motion.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge