UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUBIA

Dwight Harris
Arlington Det. Fac.
1435 N. Courthouse Rd.
Arlington, Va. 22201

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vs.

Civil Action No: 062257 CKK

Alvin Goins Jr.
13401 Doncaster Lane
Silver Spring, 20904

**MEMORANDUM TO MOTION TO DISMISS PART OF CIVIL ACTION**

**I HEREBY,** SUBMIT THIS MOTION TO THE MOST HONORABLE JUDGE, KOLLER-KOTELLY.

**COME,** now I the Plaintiff Dwight Harris, pro-se requesting that this court dismiss and/or vacate part of my civil action against Alvin Goins Jr.

The civil complaint against Alvin Goins Jr. for " Breach of Promise" for not paying me for my services of remodeling and restoring the dwelling at 4923 New Hampshire Ave. N.W. Wash. D.C. I would like for this court to dismiss.

The reason I ask this court is because I have filed a similar civil complaint against the defendant in this case in the Superior Court.

Your honor I have made all the changes vacating the civil complaint of " Breach of Promise" for not being paid for my remodeling servise from the original complaint.

[ Attachment for Dismissal of part of Complaint as Exibit (1) ]

I submit this memorandum with motion attached to this most honorable court February 22, 2007

**I ASK** THAT THIS MOTION BE GRANTED.

*Dwight Harris*
Dwight Harris Pro-se
1435 N. Courthouse Rd.
Arlington, Va. 22201

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Dwight V. Harris** )<br>**Arlington County Detention Facility** )<br>**1435 N. Courthouse Rd.** )<br>**Arlington, VA 22201,** )<br>   Plaintiff )<br>v                                   )<br>                                      )<br>**Alvin Goins Jr.** )<br>**13401 Doncaster Lane** )<br>**Silver Spring, MD 20904** )<br>   Defendant ) | Civil Action No.06CV02257 |

**MOTION TO DISMISS PART OF CIVIL COMPLAINT**

This civil complaint is solely against Mr. Alvin Goins Jr. for Breach of Promise and Fraud for an agreement he made with me in reference to selling me the dwelling of 4923 New Hampshire Ave. N. W., Washington, DC 20011. After I restored the condemned dwelling, year of 2004.

My complaint to this Honorable Court is as follows:

In the month of March of the year 2004, while renting a condo unit from Mr. Alvin Goins Jr. in S.E., Washington, DC, I was asked by Ms. Lucy Price, my mother who manages a number of housing projects for Mr. Alvin Goins Jr. if I would be interested in restoring the condemned property that Mr. Alvin Goins Jr. owned at 4923 New Hampshire Ave. N.W., Washington, DC. The property was listed condemned by the Housing and Fire

Department Authorities of the District of Columbia, because of an electrical fire that took place inside the property.

Ms. Lucy Price stated that Mr. Goins Jr. would rent me the property once I restored the dwelling and that Mr. Goins Jr. agreed that all money(s) invested towards the restorations from my remodeling services would be deducted from my rent or be paid to me after the completion of the job. Ms. Lucy Price wouldn't allow me to do any restoration or remodeling to the dwelling without Mr. Alvin Goins Jr. approval at 4923 New Hampshire Ave. N.W. Washington, DC.

After the completion of restoring the dwelling at 4923 New Hampshire Ave. N.W. Washington, DC for occupancy, Mr. Alvin Goins Jr. met with me at the above said dwelling to discuss the terms of payment for my services and/ or an agreement of me renting the house. Mr. Alvin Goins Jr. was more submissive to selling me the property and asked me if I would be interested in buying the property of 4923 New Hampshire Ave. N.W. Washington, DC, he also stated in this proposal that all money(s) I had invested in restoring the house would go towards the purchase of the house and he also stated that all rent money paid to him would go towards the purchase of the house (He stated the reason why he was selling me the house was because he liked me and that I deserved having my own house). I agreed to the above terms and he stated that he would write me a contract of sale of the property once he had straighten out a small matter concerning the property, which he did not state to me what he matters where but assured me that I was actually buying the property. (That same month I started paying Mr. Goins Mr. his rent with the option to buy). Unfortunately I was arrested and confined to the Department of Corrections, shortly thereafter and never received a written contract from Mr. Alvin Goins Jr. as he stated originally.

Ms. Lucy Price, while managing Mr. Goins Jr. business and properties and being very familiar with his business and the condition stated above, continued to pay Mr. Goins Jr. on my behalf for the last two and a half years while I have been incarcerated with an overall impression that all rent money(s) were to go towards the purchase of buying the house at 4923 New Hampshire Ave. N.W. Washington, DC as originally stated by Mr. Goins Jr. in 2004.

During my incarceration I have on a number of occasions tried to get Mr. Goins Jr. to comply with our original agreement in 2004, by writing me out a sales contract but to no avail. Ms. Lucy Price has tried numerous times but to no avail, she even had a legal for sale contract written up but Mr. Alvin Goins Jr. refused to sign the contract. Thereafter, Mr. Alvin Goins Jr. recognized that his problems of claiming not to sale me the property was not simply going to go away so in turn he presented a what I believed to be an illegal and unfinished memorandum of sales contract for the dwelling of 4923 New Hampshire Ave. N.W. Washington, DC, dated July 6, 2006, knowingly and acknowledging his agreement to selling me the above property.

**( I truly believe Mr. Goins Jr. who claimed to have a license Real Estate Broker Firm, true intention from the start knowing my lack of knowledge in Real Estate sales was to cunningly and fraudulently manipulate me and using my mother influence for his own self gratification to profit from my services and the money(s) I have paid him rent that were to go towards the purchase of the property. I believe he gave willingly false information on his ability to sale the house to me located at 4923 New Hampshire Ave. N.W. Washington, DC as the rightful owner in 2004, I believe this will be revealed if this case goes to trial or in the discovery of evidence).**

I mailed registered letter to Mr. Alvin Goins Jr., on two separate occasions 9-28-006 and 10-16-2006, to resolve the matter above before it became a civil matter that this court have to address but to no avail, he has refused once again to resolve this matter at hand. In good faith, I also proposed to Mr. Goins to pay me just for my services in restoring and remodeling the dwelling at 4923 New Hampshire Ave. N.W. Washington, DC, along with the money(s) I have paid Mr. Goins for the past two and a half years, I didn't include the money that have been spent on work that needed to be done to the house since I have been incarcerated but he has again refused to reach an agreement with me. Mr. Alvin Goins Jr. believes that he does not have to stand his word and agreement because of my present disposition of being incarcerated.

I have suffered a great deal trying to come to terms with Mr. Goins Jr., physically and mentally, thinking of how I have been taken advantage of as a human being by this mischievous, fraudulent and cunning real estate broker.

I have experienced an extreme amount of unwanted stress, anxiety, and insomnia. I have receipts, witnesses and documentation that's beyond reproach that I will present to this Most Honorable Court supporting my civil complaint and to prove to this court that Mr. Goins original intentions was most likely to only profit through his hidden agenda of deception, trickery, and dishonesty.

**I ASK THIS MOST HONORABLE COURT,** to order Mr. Alvin Goins Jr. to stand by his agreement of selling me the house at 4923 New Hampshire Ave. N.W. Washington, DC and **(D)** provide me with a Contract of Sales for the property and that all money(s) from paying rent with the option to buy while I have been incarcerated for the past two and a half years, go towards the purchase sum of the above dwelling.

In good faith to this Most Honorable Court, I am willing to settle this before it reaches the trial stages, but if Mr. Alvin Goins Jr. continue to deny the fact of our agreements concerning him selling me the house at 4923 New Hampshire Ave. N.W. Washington D.C, I motion this honorable court to approve a jury trail.

I am suing Alvin Goins Jr. if this case goes to trail in lieu of $ 500,000,00 **OR MORE,** for psychological, compensatory and specific damages.

Most Honorable Judge, please accept this as a true copy of my complaint and dismiss the remodeling part of this complaint, I have enclosed the original complaint attached as, Exhibit (2)

I submit this to the court on February 22, 2007.

**I RESPECTFULLY,** submit this motion to **DISMISS PART OF THIS CIVIL COMPLAINT** in this civil complaint.

**I ASK THAT THIS MOTION BE GRANTED**

I certify that a copy has been mailed First Class mail to the following:

Alvin Goins Jr
13401 Doncaster Lane
Silver Spring Md. 2090

RESPECTFULLY

*Dwight Harris* (signature)
Dwight Harris
1435 North Courthouse Rd.
Arlington Va 22201

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DWIGHT HARRIS,                      )
1435 N. Courthouse Rd.              )
Arlington, VA 22201                 )
                                    )
v                                   ) Civil Action No. 06-2257
                                    )
ALVIN GOINS JR.                     )
13401 DONCASTER RD.                 )
SILVER SPRING, MD 20904             )

## ORDER

ORDER, that this motion is granted.

_____
Judge Collen Koller-Kotelly

Copies sent to:
Dwight Harris
1435 N. Courthouse Rd.
Arlington, VA 22201

Wendell Robinson, Esq.
4308 Georgia Ave. NW
Washington, DC 20011