United States District Court
for the District of Columbia

**Dwight Harris**  :
**C/O Arlington Detention Center** :
**1435 North Courthouse Road** :
**Arlington, Virginia 22201** :
  :
  **Plaintiff** :
  :
  and : Case No. 1:06CV02257
  : Judge Kollar-Kotelly
  :
**Alvin Goins, Jr.** :
**13401 Doncaster Lane** :
**Silver Spring, Md. 20904** :
  :
  **Defendant** :
  :

# ANSWER

Comes now the Defendant, Alvin Goins, Jr, Goins, by and through undersigned counsel and files this answer, and counterclaim, to the allegations raised in the complaint filed by Dwight Harris, Plaintiff, and states

1. Goins denies entering into a contract with Plaintiff, in April of 2004, to remodel the property located at: 4923 New Hampshire Avenue, N.W. Washington, D.C., and demands strict proof thereof.

2. Goins denies that the subject property passed a DC Housing Inspection, as a result of Plaintiff's alleged remodeling, and demands strict proof thereof.

3. Goins denies agreeing to pay Plaintiff a remodeling fee of $50,000.00, and demands strict proof thereof.

4. Goins denies that the Plaintiff has witnesses, documentation, and receipts evidencing the existence of a contract to remodel the subject premises, and demands strict proof thereof.

5. Goins submits the following as additional answers to Plaintiff's complaint.

1

### **FIRST DEFENSE**

6. The case fails to state a claim upon which relief can be granted.

### **SECOND DEFENSE**

7. The case violates the applicable statute of limitations.

### **THIRD DEFENSE**

8. The court lacks subject matter jurisdiction.

### **FOURTH DEFENSE**

9. The court lacks jurisdiction over the defendant.

**Wherefore, the premises** considered, Goins prays that this Court will enter an order dismissing this case, with prejudice.

Respectfully submitted,

_____
Wendell C. Robinson
District Court Bar No. 377091
4308 Georgia Avenue, N.W.
Washington, D.C. 20011
202-223-4470

### **Certificate of Service**

I certify that a copy of this answer was mailed, postage prepaid, this 5${}^{th}$ day of April 2007 to: Dwight Harris, 1435 North Courthouse Road, Arlington, Virginia 22201.

_____
Wendell C. Robinson