UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dwight Harris : | |
| : | |
| Plaintiff : | |
| : | |
| : | |
| v. : | Case No. 1:06CV02257 |
| : | Judge Kollar-Kotelly |
| : | |
| : | |
| Alvin E. Goins, Jr. : | |
| : | |
| Defendant : | |
| : | |

## Entry of Appearance Praecipe

1. The Clerk of this Court will please note the appearance of the undersigned as Counsel for the Defendant.

Respectfully submitted,

_____
Wendell C. Robinson
District Court Bar No. 377091
4308 Georgia Avenue, N.W.
Washington, D.C. 20011
202-223-4470

## Certificate of Service

I certify that a copy of this entry of appearance praecipe was mailed, postage prepaid, this 6th day of April 2007 to: Dwight Harris, C/O Arlington Detention Center, 1435 North Courthouse Road, Arlington, Virginia 22201.

_____
Wendell C. Robinson