UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dwight Harris, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-2257 (CKK) |
| | : | |
| Alvin Goins, Jr., | : | |
| | : | |
| Defendant. | : | |

MEMORANDUM AND ORDER

Pending before the Court are plaintiff's separate motions 1) to amend the complaint, 2) to dismiss his claim for breach of promise and, as construed, 3) for reconsideration of the Order vacating the default against defendant.[1] For the following reasons, the Court will grant the motion to dismiss the complaint in part and deny the remaining two motions.

Plaintiff submitted his amended complaint for Fraud and Breach of Promise on March 23, 2007, which was before defendant filed his responsive pleading on April 11, 2007. The motion for leave to file the amended complaint therefore is moot because, pursuant to Fed. R. Civ. P. 15(a), plaintiff may amend the complaint once without leave of court. *See U.S. Information Agency v. Krc*, 905 F.2d 389, 399 (D.C. Cir. 1990) ("Motions for summary judgment or dismissal . . . do not constitute responsive pleadings that prevent a party from amending without leave of court."); accord *James V. Hurson Assoc., Inc. v. Glickman*, 229 F.3d 277, 283 (D.C. Cir. 2000). The amended complaint [Dkt. No. 14] is deemed file. Regarding the default, plaintiff cannot obtain a default judgment because the default has been vacated, *see*

---

[1] As a *pro se* litigant, plaintiff is accorded a liberal reading of his submissions. The construed motion for reconsideration is captioned "Motion to Appeal Order to Vacate Default Default [*sic*] Judgment." It is addressed, however, to the undersigned judge. The Clerk has not docketed the motion as a notice of appeal or for certification of an interlocutory appeal and the Court does not consider it as such.

Order (Mar. 22, 2007), and the motion to reconsider presents no basis for reversing that decision. Accordingly, it is this 12th day of April 2007, hereby

ORDERED that plaintiff's motion to amend the complaint [Dkt. No. 14] is DENIED as moot; it is

FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 41, plaintiff's motion to dismiss the complaint in part, based on a breach of promise, [Dkt. No. 15] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion for reconsideration of the Order vacating the default [Dkt. No. 17] is DENIED; and it is

FURTHER ORDERED that the motion for default judgment [Dkt. No. 16] is DENIED as moot.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge