TO THE UNITED STATE DISTRICT COURT FOR THE District of Columbia

DWIGHT HARRIS
1435 North Courthouse Rd.
Arlington Va. 22201

V.

Alvin Goins Jr.
13401 Doncaster Lane
Silver Spring MD. 20904

RECEIVED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No.
06CV02257 CKK

## NOTICE TO Dismiss Civil Action

I the Plaintiff volunteer under rule 12 to have this case dismissed entirely.

I on May 18, 2007 drop all civil action against the Defendant only because I have the same actions against the defendant in the Superior Court of the District of Columbia.

I certify that I have mailed a copy to: Wendall Robinson
4308 Georgia Ave. NW
Wash. DC. 20011

Submitted
Dwight Harris
Pro-Se.