8-20-07

Dear Clerk of The District Court

Please advise the court that my address will be changed by Sept. 10 2007.

The new address will be as follow:

Dwight Harris
1221 Gallatin St. N.W.
Wash. DC. 20011

Miss Davis I Truly thank you for your most valuable time

Sincerely,
Dwight Harris