UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dwight Harris

Plaintiff

V.

Alvin Goins

Defendant

Civil Action 1:06-cv-02257
Judge, C.K. Kotelly

## MOTION TO AMEND

I the plaintiff Pro- se comes before this honorable court asking that it Amend two Million for damages to this complaint

I respectfully submit this to this honorable court on September 28, 2007.

Certific of Service

I certify that a copy has been mailed first class to the following:

Mr. Wendell Robinson
54308 Georgia Ave. N.W.
Washington, D.C. 20011

SUBMITTED BY

Dwight Harris

RECEIVED
-OCT - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT