United States District Court For The District Of Columbia

RECEIVED
OCT - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dwight Harris

Plaintiff
    V
Alvin Goins

Defendant

Civil Action No. 1: 06-cv-02257
Judge , C. K. Kotelly

## Motion To Be Appoint Counsel

I the plaintiff Pro-se. move this court to order me legal counsel and representation on the

following grounds:

1) I do not have the expertise to properly represent myself.
2) I do not have a clue of what is expected of me so rightfully represent myself.
3) I do not have knowledge or experience to proceed litigating this civil action in which my legal rights have been denied.

I beg this court to grant this motion, so that I can justly receive my legal right from this

honorable court.

I submit this to this honorable court on October 5, 2007.

Certific of Service

I certify that I have mailed a copy to the following:

Wendell Roberson
4308 Georgia Ave. N.W.
Washington, D.C. 20011

SUBMITTED BY

Mr. Dwight Harris