United States District Court
for the District of Columbia

**Dwight Harris**              :
                                   :
     **Plaintiff**        :
                                    :
   VS.                       :  **Case No. 1:06CV02257**
                                   :  Judge Kotelly
**Alvin Goins**               :
                                   :
     **Defendant**       :

## PRAECIPE OF WITHDRAWAL

Please note the withdrawal of Reginald L. Holt, Esquire, as attorney for the defendant, Alvin Goins.

_____
Reginald L. Holt, Esquire
4308 Georgia Avenue, N.W.
Washington, D.C. 20011
(202) 223-4470