UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dwight Harris,                       :
                                     :
    Plaintiff,                 :
  v.                               :        Civil Action No. 06-2257 (CKK)
                                     :
Alvin Goins, Jr.,                    :
                                     :
    Defendant.                 :

ORDER

Plaintiff moves again for the appointment of counsel to represent him in this tort action. It is hereby

ORDERED that plaintiff's motion for the appointment of counsel [Dkt. No. 30] is DENIED for the reasons previously stated in the Order of April 12, 2007; and it is

FURTHER ORDERED, *sua sponte*, that the time for plaintiff to comply with the Minute Order of August 27, 2007, is ENLARGED.  Plaintiff shall confer immediately with opposing counsel pursuant to Local Civil Rule 16.3(c) and by November 26, 2007, file a joint report and a proposed schedule to govern the proceedings, unless, within the time provided, a dispositive motion is filed in lieu of the report.  Plaintiff's failure to comply within the time provided may result in dismissal of the case pursuant to Local Civil Rule 83.23 for failure to prosecute.

                                                                      _____s/_____
                                                                      COLLEEN KOLLAR-KOTELLY
                                                                      United States District Judge

Date: October 30, 2007