UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dwight Harris  
4923 New Hampshire Av. N.W.  
Washington, D.C. 20011  
Plaintiff

Civil Action No. 06-2257  
Judge, C K Kotelly

V

Alvin Goins Jr.  
13401 Doncaster Lane  
Silver Spring MD. 20904  
Defendant

## MOTION OF NOTICE TO THE COURT

I Dwight Harris, Pro-se ask that this honorable court accept this notice to the court in reference to me complying with the court order to confer with the defendant in this civil action on the following grounds:

1) I on several occasions tried to confer with the defendant and the defendant attorney but to no avail.

2) I asked the defendant humbly to settle this action on good faith but to no avail

3) I asked recently that the defendant jointly file a motion for an initial hearing but to no avail.

4) I recently was informed that the attorney representing the defendant is no longer doing

RECEIVED  
OCT 3 0 2007  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

I know ask that this court proceed with an initial hearing conference.

I do truly apologize to this court for my delay in contacting the court in reference to it's order. I have tried to the best of my knowledge to stay in compliance with this court even with of my lack of knowledge of this court rules and procedures.

I submit to this honorable court on October 25, 2007.

Certificate of Service

I certify that a copy of this motion has been mailed to the following:

Mr. Alvin Goins Jr.
13401 Doncaster Lane
Silver Spring, MD. 20904

SUBMITTED BY

Dwight Harris