Dwight Harris

v.

Alvin Goins Jr.

**RECEIVED**
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 06-2257

Honorable Judge,
C.K. Kotelly
Next Court Date Jan. 31, 2008

Motion to Have Initial Hear by Phone.

Honorable Judge Kotelly I ask that you grant this motion to allow me to attend my scheduled Initial conference hearing date Jan. 31. 2008.
I am currently in a intensive drug program that I committed myself in the 31st of Dec. 2007.
This program is a long term program one that I so despritely need for change and success.
I beg this court to grant this motion to be allowed to attend the hearing through tele conference on the 31st of Jan. 2008.
I will be able to make all arrangement through my case worker once this motion is granted.
Ive mailed a copy to Wendell Robinson, Esq. Georgia Ave NW - WDC - 7coll on 1-16-08

Submitted By
Dwight Victor Harris