To the United States District Court for the District of Columbia

DWIGHT HARRIS

v

ALVIN GOINS JR.

CASE No. 06-2257
Judge C.K. Kotelly
Next Court Date
Initial Con. Jan. 31 2008.

## Notice of Praecipe

To the Clerk of the Court, Ms. Tawanna Davis, I hereby request that my address be change on my civil docket and for the court to mail me all legal concerns to the following Address:

The Montgomery County Correctional Facility
in c/o. Mr Dwight Harris, Reg No. 079262
22880 Whelan Lane
Boyd, MD. 20841

I have mailed a change of address to Wendell Robinson 600 Geranum St. NW WDC 20012 it the only address given to me off the internet.

I submit this Jan. 20. 08, Thank You
Dwight Harris

RECEIVED
JAN 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT