UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dwight Harris, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-2257 (CKK) |
| | : | |
| Alvin Goins, Jr., | : | |
| | : | |
| Defendants. | : | |

ORDER

In light of plaintiff's recent confinement at the Montgomery County Correctional Facility, plaintiff moves to appear at the status conference of January 31, 2008, by telephone. He states that he will be able to arrange his appearance with his case worker after the granting of the motion. Given the shortness of time, the Court will grant plaintiff's motion but continue the status hearing to permit time for plaintiff's coordination with the Court. Accordingly, it is this 30th day of January 2008,

ORDERED that plaintiff's motion to appear by telephone [Dkt. No. 34] is GRANTED; and it is

FURTHER ORDERED that the previously scheduled status conference is CONTINUED to **Thursday, February 14, 2008 at 9:30 a.m.**, when plaintiff shall appear by calling the courtroom at 202-354-3379.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge