UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dwight Harris,                         :
                                       :
      Plaintiff,                  :
v.                                     :        Civil Action No. 06-2257 (CKK)
                                       :
Alvin Goins, Jr.,                      :
                                       :
      Defendant.                  :

ORDER

The parties appeared for a status conference on February 14, 2008. Based on the discussion in open court, it is hereby

ORDERED that defendant shall file his answer to the complaint and a separate motion to dismiss by February 15, 2008; plaintiff shall file his opposition by May 13, 2008; and any reply is due by May 20, 2008; and it is

FURTHER ORDERED that for the Court's convenience, defendant shall mail or deliver a copy of plaintiff's complaint pending in Superior Court to the chambers of the undersigned judge.

                                                                  _____s/s_____
                                                                   COLLEEN KOLLAR-KOTELLY
                                                                   United States District Judge

Date: February 14, 2008