UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dwight Harris
Montgomery County Correctional Facility

Case No. 06-2257
Jugde, C.K. Kotelly

22880 Whelan Lane
Boyd Md. 20841

V.

Alvin Goins Jr.
4308 Georgia Ave. N.W.
Wash.D.C. 20011

RECEIVED
FEB 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION FOR PROPERTY LIEN**

Most Honorable Judge, C.K. Kotelly, I the plaintiff Pro-se comes before you nor in regard of asking if your honor would order a [**Lien**] on the property of 4923 New Hampshire Ave. N.W. Wash. D.C. 20011.

**GROUNDS**

Mr. Goins, has breached the agreement he made with me selling me the said property. This was stated in front of his managing business agent in the year of 2004. The agent has sworn to an affidavit of that fact. Goins, was to produce a contract for sales for the said property but never gave me one, and his agent will testify to the fact.

Mr. Goins, has on a number of occasions harassed my mother and I filing retaliatory suites that do not have any merit, and have sworn to sale the said property of 4923 New Hampshire Ave N.W. Washington D.C., before this civil action has been resolve through

your most honorable court.

Mr. Goins, has now refused to accept my payments monthly as a strategy to have me evicted for lack of payments and Breach of Contract were he would try to prove that I was not in compliance with our original sales agreement.

I have had for the last four years [my mom pyil. 2-4-08] pay on my behalf for the record as a third party.

I ask that this court grant this motion.

I submit this motion on February 4, 2008 to the honorable judge, C.K. Kotelly.

### CERTIFICATE OF SERVICE

I have mailed a copy of this to Wendell Robinson, 4308 Georgia Ave. N.W. Wash. D.C. 20011

Submitted By

Dwight Harris
Mr. Dwight Harris
Pro-se

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dwight Harris
Montgomery County Correctional Facility

Case No. 06-2257
Jugde, C.K. Kotelly

22880 Whelan Lane
Boyd Md. 20841

V.

Alvin Goins Jr.
4308 Georgia Ave. N.W.
Wash.D.C. 20011

## MOTION FOR PROPERTY LIEN

Most Honorable Judge, C.K. Kotelly, I the plaintiff Pro-se comes before you nor in regard of asking if your honor would order a [Lien] on the property of 4923 New Hampshire Ave. N.W. Wash. D.C. 20011.

## GROUNDS

Mr. Goins, has breached the agreement he made with me selling me the said property. This was stated in front of his managing business agent in the year of 2004. The agent has sworn to an affidavit of that fact. Goins, was to produce a contract for sales for the said property but never gave me one, and his agent will testify to the fact.

Mr. Goins, has on a number of occasions harassed my mother and I filing retaliatory suites that do not have any merit, and have sworn to sale the said property of 4923 New Hampshire Ave N.W. Washington D.C., before this civil action has been resolve through

your most honorable court.

Mr. Goins, has now refused to accept my payments monthly as a strategy to have me evicted for lack of payments and Breach of Contract were he would try to prove that I was not in compliance with our original sales agreement.

My Mom  R.V.H  2-4-08

I have had for the last four years pay on my behalf for the record as a third party.

I ask that this court grant this motion.

I submit this motion on February 4, 2008 to the honorable judge, C.K. Kotelly.

## CERTIFICATE OF SERVICE

I have mailed a copy of this to Wendell Robinson, 4308 Georgia Ave. N.W. Wash. D.C. 20011

Submitted By

Mr. Dwight Harris
Pro-se