**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| **Dwight Harris** | : |
| | : |
|     **Plaintiff** | : |
| | : |
|     v. | :   **Case No. 1:06CV02257** |
| | :   **Judge Kollar-Kotelly** |
| **Alvin E. Goins, Jr.** | : |
| | : |
|     **Defendant** | : |

## MOTION FOR AN EXTENSION OF TIME, TIME HAVING EXPIRED

Comes now the Defendant, Alvin E. Goins, Jr., (Goins), by and through undersigned counsel, and moves this Court for an order extending the time to file his answer and motion to dismiss and states:

1. On Thursday, February 14, 2008, this Court gave Goins until February 15, 2008, to file an answer and motion to dismiss. Undersigned counsel informed the Court that he felt he could file the answer and motion by that date. Unfortunately, when undersigned counsel tried to file the answer and motion to dismiss, he had computer problems and was unable to file them. Undersigned counsel was unable to resolve this problem, on Friday, and this was complicated by the fact that undersigned counsel had death in the family and had to attend a funeral in Pittsburgh, Pa. at 11am on Saturday, February 16, 2008.

2. The problem has been resolved and undersigned counsel is filing the answer and motion on this date. There is no prejudice to the Plaintiff, because these pleadings were filed three (3) days late.

**Wherefore the premises considered**, Goins prays that this motion be granted.

Respectfully submitted,

1

*s/s **Wendell C. Robinson***
Wendell C. Robinson, 377091
4308 Georgia Avenue, N.W.
Washington, D.C. 20011
202-223-4470

United States District Court
for the District of Columbia

| | |
|---|---|
| **Dwight Harris** | : |
| | : |
|     **Plaintiff** | : |
| | : |
|   and | :   Case No. 1:06CV02257 |
| | :   Judge Kollar-Kotelly |
| **Alvin E. Goins, Jr.** | : |
| | : |
|     **Defendant** | : |

## POINTS AND AUTHORITIES

Goins submits the following points and authorities in support of his motion.

3. The record herein.

4. Federal Rule of Civil Procedure 12.

**Wherefore, the premises considered**, Goins prays that this motion be granted.

          Respectfully submitted,

          *s/s Wendell C. Robinson*
          Wendell C. Robinson, 377091
          4308 Georgia Avenue, N.W.
          Washington, D.C. 20011
          202-223-4470

## CERTIFICATE OF SERVICE

I certify that a copy of this reply was mailed, postage prepaid, this 18th day of February 2008 to: Dwight Harris, C/O Montgomery County Correctional Facility, 22880 Whelan Lane, Boyds, Md. 20841.

          *s/s Wendell C. Robinson*
          Wendell C. Robinson

3

**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| **Dwight Harris** | : |
| | : |
| **Plaintiff** | : |
| | : |
| and | : Case No. 1:06CV02257 |
| | : Judge Kollar-Kotelly |
| **Alvin E. Goins, Jr.** | : |
| | : |
| **Defendant** | : |

# ORDER

Upon consideration of the Defendant, Alvin E. Goins' Motion For An Extension of Time, Time Having Expired, and any opposition thereto, it is this _____ day of _____ 2008,

ORDERED, that the motion is granted and the Defendants' answer and motion to dismiss is deemed filed upon its receipt.

_____
Judge Kollar-Kotelly

Copies to:

Wendell C. Robinson, Esq.
4308 Georgia Avenue, N.W.
Washington, D.C. 20011

Dwight Harris
C/O Montgomery County Correctional Facility,
22880 Whelan Lane
 Boyds, Md. 20841.