**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| **Dwight Harris** | : |
| | : |
|     **Plaintiff** | : |
| | : |
|     v. | :   Case No. 1:06CV02257 |
| | :   Judge Kollar-Kotelly |
| **Alvin E. Goins, Jr.** | : |
| | : |
|     **Defendant** | : |

# MOTION TO FILE ATTACHMENT WITH THE CLERK

Comes now the Defendant, Alvin E. Goins, Jr., (Goins), by and through undersigned counsel, and moves this Court for an order allowing him to file copies of documents with the Clerk and states:

    1. Goins filed a motion to dismiss or in the alternative for summary judgment. The motion refers to attachments: a letter from the Plaintiff to Goins and a lease agreement, but they are not attached to the motion because their reproduction quality is too poor. Goins request permission to file copies of the attachments with the Clerk of this Court.

    2. The attachments are an essential part of Goins' motion to dismiss or in the alternative for summary judgment.

**Wherefore the premises considered**, Goins prays that this motion be granted.

Respectfully submitted,

*s/s Wendell C. Robinson*
Wendell C. Robinson, 377091
4308 Georgia Avenue, N.W.
Washington, D.C. 20011
202-223-4470

1

**United States District Court**
for the District of Columbia

| | |
|---|---|
| **Dwight Harris** | : |
| | : |
|     **Plaintiff** | : |
| | : |
|   and | :   Case No. 1:06CV02257 |
| | :   Judge Kollar-Kotelly |
| **Alvin E. Goins, Jr.** | : |
| | : |
|     **Defendant** | : |

## POINTS AND AUTHORITIES

Goins submits the following points and authorities in support of his motion.

3. The record herein.

4. Federal Rule of Civil Procedure 12.

**Wherefore, the premises considered**, Goins prays that this motion be granted.

                               Respectfully submitted,

                               *s/s Wendell C. Robinson*
                               Wendell C. Robinson, 377091
                               4308 Georgia Avenue, N.W.
                               Washington, D.C. 20011
                               202-223-4470

## CERTIFICATE OF SERVICE

I certify that a copy of this reply was mailed, postage prepaid, this 18th day of February 2008 to: Dwight Harris, C/O Montgomery County Correctional Facility, 22880 Whelan Lane, Boyds, Md. 20841.

                               *s/s Wendell C. Robinson*
                               Wendell C. Robinson

**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| **Dwight Harris** | : |
| | : |
| **Plaintiff** | : |
| | : |
| and | : Case No. 1:06CV02257 |
| | : Judge Kollar-Kotelly |
| **Alvin E. Goins, Jr.** | : |
| | : |
| **Defendant** | : |

# <u>ORDER</u>

Upon consideration of the Defendant, Alvin E. Goins' Motion To File Attachments with the Clerk of this Court, and any opposition thereto, it is this _____ day of _____ 2008,

ORDERED, that the motion is granted and the clerk of this Court shall accept a copy of a letter from the Dwight Harris to Alvin E. Goins, dated October 16, 2006, and a copy of a lease, for Dwight Harris, for 4923 New Hampshire Avenue, N.W. Washington, D.C., for filing.

_____
Judge Kollar-Kotelly

Copies to:

Wendell C. Robinson, Esq.
4308 Georgia Avenue, N.W.
Washington, D.C. 20011

Dwight Harris
C/O Montgomery County Correctional Facility,
22880 Whelan Lane
 Boyds, Md. 20841.

3