**United States District Court**
**for the District of Columbia**

| | |
|---|---|
| **Dwight Harris** | : |
|       **Plaintiff** | : |
|     and | : Case No. 1:06CV02257 |
| | : Judge Kollar-Kotelly |
| **Alvin E. Goins, Jr.** | : |
|       **Defendant** | : |

## Answer

Comes now Alvin E. Goins, Jr. (Goins), by and through undersigned counsel, and answers Dwight Harris', (Plaintiff), amended complaint, and states:

1. Goins denies entering into a contract with Plaintiff, in April of 2004, to remodel the property located at: 4923 New Hampshire Avenue, N.W. Washington, D.C, and demands strict proof thereof.

2. Goins denies telling Plaintiff's mother, Lucy Price, that he would pay Plaintiff for any money, Plaintiff spent restoring Goins' house located at: 4923 New Hampshire Avenue, N.W. Washington, D.C., and demands strict proof thereof.

3. Goins denies telling Plaintiff that all of the money Plaintiff allegedly used to restore 4923 New Hampshire Avenue, N.W. Washington, D.C., would go toward purchasing the house; located at: 4923 New Hampshire Avenue, N.W. Washington, D.C., and denies telling Plaintiff he would draft a contract to confirm their agreement, and demands strict proof that allegation.

4. Goins denies owing the Plaintiff any money, and denies that he deceived, tricked, or was dishonest with the Plaintiff, in anyway, and demands strict proof thereof.

5. Goins denies any and all allegations, that he may have omitted, in this answer, because the Plaintiff's amended complaint does not contain numbered paragraphs, so that Goins can refer to them when answering the complaint.

6. Goins submits the following as additional answers to Plaintiff's amended complaint.

### FIRST DEFENSE

7. The case fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

8. The case violates the applicable statute of limitations.

### THIRD DEFENSE

9. The court lacks subject matter jurisdiction.

### FOURTH DEFENSE

10. The court lacks jurisdiction over the defendants.

### FIFTH DEFENSE

11. Plaintiff lacks standing to bring this case.

12. The allegations, in the Plaintiff's complaint, are subject to the legal doctrine of *collateral estoppel* and may not be brought in this Court.

Respectfully submitted,

*s/s Wendell C. Robinson*
Wendell C. Robinson, 377091
4308 Georgia Avenue, N.W.
Washington, D.C. 20011
202-223-4470

2

## Certificate of Service

I certify that a copy of this answer was mailed, postage prepaid, this 21st day of February 2008 to: Dwight Harris, C/O Montgomery County Correctional Facility, 22880 Whelan Lane, Boyds, Md. 20841.

*s/s Wendell C. Robinson*
Wendell C. Robinson