**United States District Court**
**For the District of Columbia**

| | |
|---|---|
| Dwight Harris | : |
| | : |
| Plaintiff | : |
| | : |
| v. | :    06-2257 KK |
| | : |
| Alvin E. Goins, Jr. | : |
| | : |

**Notice of Filing**

The Clerk of this Court should note the following:

1. That the Court gave the Defendant, Alvin E. Goins, Jr., permission to file paper attachments, with his motion to dismiss. The attachments were filed and are apart of the Court Jacket.

                                                Respectfully submitted,

                                                *s/s Wendell C. Robinson*
                                                Wendell C. Robinson, 377091
                                                4308 Georgia Avenue, N.W.
                                                Washington, D.C. 20011
                                                202-223-4470

**Certificate of Service**

I certify that a copy of this notice was mailed, postage prepaid, this 5th day of March 2008 to: Dwight Harris, C/O Montgomery County Correctional Ctr., 22880 Whelan Lane, Boyds, Md.

                                                *s/s Wendell C. Robinson*
                                                Wendell C. Robinson