United States District Court for the District of Columbia

DWIGHT HARRIS
    Plaintiff

Vs.

Alvin Goins Jr.
    Defendant

Case No. 06-2257

Honorable Judge, C. K. Kotelly

RECEIVED
MAR 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notice to the Court

I the Plaintiff Pro-se, comes before this most honorable court, requesting that this court act on court ordering a lien on the property that is in question of legal sales, contract breach and fraud.

The property of 4923 New Hampshire Ave. N.W. Wash. D.C. is owned by Alvin Goins Jr. who made an agreement with me, Dwight Harris, to sell me the property, & the contract agreement was binded when he excepted my contract fee of $50,000.00 with $800.00 monthly going towards the purchase of the property.

On February 14, 2008, Alvin Goins Jr file a complaint in the Superior Court for ~~possession~~ to recieve possession of the Real Estate so that he can sale the property.

He has had a number of people to look at the house, even after he has taken my money which is to go toward the buying of the house

ONE OF TWO

United State District Court for the District of Columbia

Your honor ask Alvin Goins Jr if he would not sale the property in question in this civil action but he utterly disrespected this court quest and stated to this court that his intentions was to sale the property at his very first chance.

I have inclosed as (Exhibit one) a copy of his attempt to regain possession with out this honorable courts judgement, minipulating both court so that he can sale the property, thats in dispute.

I have also inclose an Affidavit from his business and property managing agent there clearly prove without a shadow of a dout about Alvin Goins Jr. making an sale agreement with me in 2004. (Exhibit two)

I pray to this court that it grant my motion for a property lien, I have inclosed as (Exhibit three)

I submit this to this court on February 29, 2008

Certificate of Service

A copy was mailed to Wendell Robinson, 4308 Georgia Ave. NW. Washington D.C. 20011

Submitted Truthfully

Dwight Harris

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dwight Harris
Montgomery County Correctional Facility

22880 Whelan Lane
Boyd Md. 20841

Case No. 06-2257
Jugde, C.K. Kotelly

V.

Alvin Goins Jr.
4308 Georgia Ave. N.W.
Wash.D.C. 20011

Attachment to:
## MOTION FOR PROPERTY LIEN

Most Honorable Judge, C.K. Kotelly, I the plaintiff Pro-se comes before you ~~nor~~ in regard of asking if your honor would order a [Lien] on the property of 4923 New Hampshire Ave. N.W. Wash. D.C. 20011.

## GROUNDS

Mr. Goins, has breached the agreement he made with me selling me the said property. This was stated in front of his managing business agent in the year of 2004. The agent has sworn to an affidavit of that fact. Goins, was to produce a contract for sales for the said property but never gave me one, and his agent will testify to the fact.

Mr. Goins, has on a number of occasions harassed my mother and by filing retaliatory suites that do not have any merit, and have sworn to sale the said property of 4923 New Hampshire Ave N.W. Washington D.C., before this civil action has been resolve through

Your most honorable court

Mr. Goins has now refused to accept my payments monthly as a strategy to have me evicted from not paying him, breaching the sale contract and me not being in compliance with the agreement of paying him $800.00 per month that goes towards the purchase of the property as a mortgage payment.

I have inclose two sworn statement as Exhibit (A)(B)
I have also inclose as Exhibit (C) a Petition for "Possession of Real Estate" the defendant has recently filed after this court requested that he make no attempt to sale or do anything concerning the property of 4923 New Hapshire Ave. N.W. Wash. D.C.

The defendant is dis regarding this courts wish by trying to sale the above property
He has put the property on the sales market for Real Estate

I pray that this court grant this motion to put a lien on the property of 4923 New Hampshire Ave. N.W. Wash. D.C.

I submit this to this honorable court MARCH 12 2008.

<u>Certificate of Service</u>

I've mail to Wendell Robinson at 4308 Georgia Ave. N.W. Wash. D.C. 20011

Submitted
Dwight Harris

Exhibit (A)

## SWORN AFFIDAVIT

I, Lucy Price, of 1221 Gallatin Street N.W., Washington D.C., 20011, will attest to Mr. Alvin Goins Jr. stating to me in April of 2004 that he made an agreement with Dwight Harris to sell the property of 4923 New Hampshire Ave. N.W., Washington D.C. to him and that Dwight Harris was to pay Alvin Goins Jr. $800.00 a month with the option to buy. I also attest that I witness that Dwight Harris remodeled and restored the property of 4923 New Hampshire Ave N.W., Washington D.C. and that Alvin Goins Jr. did not pay Dwight Harris for materials or labor for his remodeling services. I will attest that in my presence Alvin Goins Jr. agreed with Dwight Harris to do all work and that Dwight Harris's charges for his services were to go toward the purchase of the property or be paid in full to him after the completion of the remodeling services. I truly declare, certify and state under penalty of perjury that the statement made here is true and correct.

NOTARY

Lucy Price
1221 Gallatin St. N.W.
Washington D.C.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 25th day of MAY, 2007.

Notary Public, D.C.
My commission expires _____

Tony Daniels-Nwagbara
Notary Public, District of Columbia
My Commission Expires 8-14-2010

## SWORN AFFIDAVIT
Remodeling Service Done to 4923 New Hampshire Ave N.W Washington D.C.

I, Robert Brice Jr. of sound mind state for the record the foregoing facts for the Court of the U.S. District and Superior Court for the District of Columbia.

I swear that the following statements are true:

I swear that DWIGHT HARRIS of the District of Columbia who conducted remodeling services in the District of Columbia as a contractor and indeed in fact did remodel and restore the condemned property that Mr. ALVIN GOINS JR. owned at the above said property.

I swear that the said property needed major restoration to the interior and some parts of the outside of the said property [outside damage was to the roof].

I swear that Dwight Harris arranged for all the work for the restoration to be done and completed.

The following is work that I do swear that Dwight Harris did and /or had done through hired contractors or through his own labor force employed by him for his remodeling business.

I swear that Dwight Harris paid me to order and pay for 10 different size double pane custom windows for the said property because the windows were broken out from the fire damage. I also replaced the windows and I had to replace two exterior doors and security locks to the doors because of the damages from the fire that took place at the dwelling. I also had to replace glass panes to certain windows on the property.

I will swear that Dwight Harris had to restore and replace the outside front porch roof of the property.

I swear that Dwight Harris bought and replaced 40 sheets of custom wood paneling for the walls of the said property; that he repaired and replaced plumbing pipes and fixtures; that he repaired and replaced sheetrock for ceilings and walls of the said property; that he replaced electrical fixtures; that he had to prime and repaint the entire first and second floors including the hallways, bathrooms, and bedroom ceilings and walls.

I swear that Dwight Harris hired an electrical contractor to restore, upgrade and provide new service to the property.

I swear that their was a registered building work permit approved by the housing authorities and an inspection done by the D.C.R.A building and regulatory department.

I swear that their was a electrical inspection done to 4923 New Hampshire Ave. N.W. Washington, D.C. and the inspection was granted according to the building and housing codes.

I swear that Dwight Harris, was the only legal occupant of the property after the inspection because of the arrangements made before he restored the dwelling between Alvin Goins Jr., and Dwight Harris.

I swear that I have done several jobs in the repair and remodeling business for Alvin Goins Jr. and I have never had to write out a contract for work that needed to be done.

I swear at without a shadow of doubt that Dwight Harris, furnished all materials and labor in restoring the condemned property of 4923 New Hampshire Ave. N.W. Washington, D.C. that Alvin Goins Jr. owns and that Alvin Goins Jr. absolutely for sure did know that Dwight Harris, was in fact restoring his dwelling.

I Robert Brice Jr., declare, certify, verify and state the facts above under penalty of perjury under the law of The United States of America is true and correct.

NOTARY

Truthfully and Respectfully

*Robert Jr Brice*

Mr. Robert Brice Jr.

District of Columbia: SS
Subscribed and Sworn to before me this 23rd day of Nov 2007
Notary Public, D.C.
My Commission Expires: December 14, 2010

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, LANDLORD AND TENANT BRANCH
Bldg. B, 510 4th Street, NW, RM. 110
Washington, DC 20001   Telephone (202) 879-1152   L&T. _____

005253 08

_____ vs. _____
Plaintiff/Landlord                Defendant/Tenant

Address _____   Address _____
                             Washington, D.C.
_____ Zip Code          _____ Zip Code

**COMPLAINT FOR POSSESSION OF REAL ESTATE**

DISTRICT OF COLUMBIA, ss:

_____, being first duly sworn, states: ☑ he or she is the landlord and/or ☐ licensed real estate broker or ☐ the landlord's authorized agent of the house, apartment or office located at _____, Washington, D.C.
The property is in the possession of the defendant, who holds it without right.
The landlord seeks possession of the property because:
A. ☐ The tenant failed to pay: $ _____, total rent due from _____ to _____; $ _____, late fees; and/or $ _____, other fees (Specify) _____ : 
   The monthly rent is $ _____ . The total amount due to the landlord is $ _____ .
   Notice to quit has been: ☐ served as required by law  ☑ waived in writing.
B. ☐ Tenant failed to vacate property after notice to quit expired. (copy attached).
C. ☐ For the following reason: (explain fully)
   _____

Notice to quit is:   ☐ not required   ☐ waived in writing   ☐ other

Therefore, the landlord asks the Court for:
☑ judgment for possession of the property described.
☐ judgment for rent, late fees, other fees and costs in the amount of $ _____ .
☐ an order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

FEB 1 4 2008

_____
Plaintiff / Landlord or Agent

Subscribed before me this _____ day of _____

_____        _____
Notary Public                     My Commission expires

**SUMMONS — TO APPEAR IN COURT**           MAR 6 2008

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON _____, AT 9:00 A.M. PROMPTLY, in Landlord and Tenant Court, Courtroom Bldg. B, 510 4th Street N.W. to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant you must come to court if you claim a right to possession of the premises.

**CONVOCATORIA — DE COMPARENCIA AL TRIBUNAL**   MAR 6 2008

A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL _____, A LAS 9:00 A.M. al Tribunal de Arrendadores y Arrendatarios, Edificio B, 510 4th Street N.W. a contestar la demanda entablada por ocupacion de la propiedad aqui citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupacion que tenga sobre la misma.

Plaintiff's/Landlord's Attorney
Abogado del demandante/Arrendador

CLERK OF THE COURT
SECRETARIO DEL TRIBUNAL

Costs of this suit to date are
Costos del juicio hasta la fecha

Address/Direccion   Zip Code/Codigo postal

$ _____

Phone No           Unified Bar No.
Telefono           No. de afiliacion
                   Sociedad de Abogados

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT HARRIS, <br> 1435 N. Courthouse Rd. <br> Arlington, VA 22201 | ) <br> ) <br> ) <br> ) |
| v | ) Civil Action No. 06-2257 <br> ) |
| ALVIN GOINS JR. <br> 13401 DONCASTER RD. <br> SILVER SPRING, MD 20904 | ) <br> ) <br> ) |

## ORDER

ORDER,

_____
Judge Collen Koller-Kotelly

Copies sent to:
Dwight Harris
1435 N. Courthouse Rd.
Arlington, VA 22201

Wendell Robinson, Esq.
4308 Georgia Ave. NW
Washington, DC 20011