United States District Court for the District of Columbia

Dwight V. Harris
22880 Whelan Lane
Boyd, MD. 20841

Case No. 06-2257
Judge, C. K. Kotelly

Vs.

Alvin Goins Jr.
13401 Doncaster Lane
Silver Spring MD. 20904

**RECEIVED**

MAR 20 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion for A Summary Judgment

I Dwight Harris Pro-se comes before this court motioning this court to grant this Motion for Judgment.

## Memorandum

Enclosed to this court are affidavits, ~~Estimate~~ Estimates, contracts, reciepts, list of meterials, along with opinions rules, points and authority, that will support a summary judgment by Law, with prejudice.

## Presentation to this Most Honorable Court

Judge C. K. Kotelly, I the plaintiff, Dwight Harris, Restored Alvin Goins Jr. condemned property located

1

UNITED STATES District Court for The District
Of Columbia

4923 New Hampshire Ave N.W. Wash. D.C.
After passing inspection and building code regulation
the property was authorized by D.C. Consumer Regulatory
Affairs housing department and accommondation to
be livable. Mr. Alvin Goins Jr., met with me the last
Week of April 2004 at the above dwelling in reference
to me being paid for my service in which my
remodeling services were, $50.000.00. Mr. Alvin Goins Jr.
agreed to sell me the property instead of paying
me the $50.000.00, he clearly stated to me that
the $50.000.00 would go towards the down payment
and the $800.00 per month would go towards the
purchase of the house; According to ms. Lucy Price
his property managing agent At that time it was told by
MR. Alvin Goins Jr, that he was actually selling
me the property for $290.000.00 but I never
recieved a written contract because MR. Alvin
Goins Jr stated he had some small issues
concerning the property but that I was in
All actualility buying the property,
The reason Alvin Goins Jr. did not give me a home.
Owner contract is either he was unable lawfully to give
me one under fraudulent pretents or because I
was shortly there after ~~under agreement~~ incar-
cerated.

<u>Points And Authorities</u>
The foregoing points and authority, I pray will be

2

United States District Court for the District of Columbia

accepted and reviewed through it's entirety, they will
support this motion by law with unquestionable merit.
"This civil action is in pursuant to the 1983 Civil Rights Act"

I Violation of Business Contract D.C. Law Code: Tilted 1981 Ed.
47-2853-197; Apr 20 1999.
D.C. Law 12-261 1002, 46. D.C.R. 3142. Fraud-
is any made false promise of character likely to influence,
persuade or induce: [by realtor, property manager, broker or
property owner]

Continue to page (4)
Point and Authority

**Violation of Business Contract  D.C. Law Code: Title 1981 Ed. 47-2853- 197; Apr, 20 1999, D.C. 12-261 1002, 46 D.C. R. 3142** *(20)Contract - Failed to furnish a copy of any listings, sales lease or other contract relevant to a real estate or business transaction. [By* **realtor, property manager, broker or property owner]**.

**1 Williston, Contracts**  **1 (4 th ed. 1990, 1995)** *contract is a promise or set of promises, for* **Breach** *of which the law give a* **Remedy**, *or the performance of the law in some ways recognize as a* **Duty.**

**UCC  1-201 (ll).**  **Contract -** *The total legal obligation which results from the parties agreement as affected by law.*

**Oral Contract 84. N.E. 2 nd. 466,467.**  *one which is not in writing or which is not signed by the parties;* "  **within the statue of fraud**" *[it] is a real existing contract which lacks only the formal requirement of a memorandum [signed by the party to be charged] to render it enforceable in litigation.*

**Breach Promise 682. F. 2d. 883, 885** *failure to do what one promise, where he has promised it in order to induce action in another. A party(s) failure to perform some agreement upon act, or his failure to comply with a duty imposed or agreement by law which is owed to another or to society.*

**Fraud  234 F. Supp. 201, 203** *It usually consist of misrepresentation, concealment, or nondisclosure of a material fact, or at least misleading conduct, devices, or contrivance; Fraud comprises all acts, omission and concealment involving breach of equitable or legal duty, trust or confidence and resulting in damages to another.*

**Fraud 301. F. 2nd. 262. 677.** *Intentional deception resulting in injury to another made by one who either know it is falsity or is ignorant of it's truth; the maker's intent that the representation be relied on by the person and in a manner reasonably contemplated .*

4

__S.Ct. 1028. 62 L. Ed. 2d. 761 (1980) ; Holland v. Hanna, App D.C. 456 A. 2d. 807__

__(1983).__*Courts  role in ruling on motion for Summary Judgment, is not to resolve any fact*

*issue, but rather,[* __merely to see if the record demonstrates that there is no issue of fact__

__from which a jury could find for the non-moving party].__

__District of Columbia v. Gar, App. D.C. 452. A2d. 962. (1982)__ *In considering a motion*

*for Summary Judgment, the trial court is required to review the   pleadings, depositions,*

*answers to interrogatories, and admission of file, together with the affidavits to determine*

*whether there is a genuine issue as to any material fact.*

__Malcolm Price Inc. v. Sloane, App. D.C. 308 A. 2nd. 779 (1973)__

*A Summary Judgment , may be granted only where the moving party is entitled to judgment*

*as a matter of law, where it is quite clear what the truth is and no genuine issue remains*

*for trial.*

__Bailey v. District of Columbia, App, D.C. 668 A. 817 (1995)__

*Motion for Summary Judgment, should be granted if (1)* __taking all reasonable inferences__

__in the light most favorable to the now moving party, (2) a reasonable juror, acting__

__reasonable could not find for the non-moving party, (3) under the appropriate burden of__

__proof".__

__Urban Masonry Corp. v. N&N Contractors, App. D.C. 676 A. 2d. (1996)__

*Summary Judgment, is proper if, accepting the allegations of the complaint as true and*

*construing all facts and inference in favor of the non-moving party, the record shows there*

*is no genuine issue of material fact and the movate is entitled to judgment as a matter of*

*law.*

a Violation of Title 14, D.C. Municipal Regulation, Chapter 2 Housing Business Licensing Laws.

License Requirement Municipal Law 200.3, :
States no person shall operate a house Accommondation business in any premises in the District of Columbia without first having been issued a housing business license for the premises by the District.

200.4. Title 14 Business Licensing Laws:
No license to operate a housing business shall be issued or retained if the Chief of Police determines that the applicant for the license or the license is not a person of good charter

Title 14 Chapter 41. Registration Requirement of Rental Units and Housing Accommondation 4108.6: Failure to pay the ~~annu~~ Annual Registration fee for a rental unit within sixty (60) days of reciept of the bill shall result in a determination that the registration of that rental unit or housing accommondation is defective pursuant to § 4104.
4108.7: A housing provider shall not collect any rent otherwise authorized until the registration is paid according to the Law.

Alvin Goins Jr, has not paid Income tax for more than a Decade that is owed to D.C. according to D.C. Code Law.

8

## Conclusion of Summary Judgment

Most Honorable Court I have inclosed as an Exhibit (1) Sworn Affidavit from Alvin Goins Jr, property managing agent, Ms Lucy Price. Exhibit (2) Estimmate for over $32.000.00 which did not include roofing work or electrical heavy up. Exhibit (3) Addictional Work Needed and contracted out for the Amount of $856.67, Exhibit (4) is Letter from Plaintiff to defendant dated Sept 20 2006 express that Alvin Goins Jr. owe $50.000.00 for contract fee if he do not comply with the agreement of selling me the property. Exhibit 5. A New Sales Agreement dated July 6. 2006, Alvin Goins Jr. requesting Addictional $50.000.00; Exhibit (6) motion to Amend Civil Complaint; Exhibit 7, Superior Court civil complaint; Exhibit (8) United States Federal civil complaint.

1) Judge the Affidavit speak for it self, clearly expressing the agreement made between Alvin Goins Jr and Dwight Harris

2) Clearly show that the owner knew of the cost for Construction along with addictional work.

3) Alvin Goins Jr knew the amounts of money being spent on his property, there is no property owner on the face of the earth that will allow some one do a major project to his property unknowingly while living in the general Area.

9

4) I have present the first letter dated Sept. 20. 2006 before the letter date in Oct 2006 that the defendant has tried to trick and manipulate the court in believing that there was only one and the amount of charges was only $30.000.00. The defendant is trying once again to decieve the court as he did in the Superior Court.

5) Alvin Goins Jr is trying to trick his way out of our original agreement by presenting a new sale contract - but this too as the agreement he made with me doesn't show how much he is Actually selling me the property, even though it's address to ms Lucy Price.

6) The motion to amend do illistrate that the civil Action in the Superior Court is totly different than the one that is before this court.

7) The complaint in the Superior Court details only a complaint concerning being paid for contractual fee related to restoration of Alvin Goins Jr. Property, not about selling Dwight Harris the property.

8) The Federal Complaint illistrate the difference in the two suits.
Your honor, I have produce to this court enough evidence and material fact without question that Alvin Goins Jr. did in fact make an agreement to sale me 4923 New Hamp shire Ave. NW. Wash. DC.

10

I beg this court to grant this motion for Summery Judgment.

I submit this to this honorable court on March 12 2008

## Certificate of Service

I ~~beg~~ mailed to Wendel Robinson 4368 Georgia Ave. NW. Wash. DC. 20011

Submitted By
Dwight V. H
Dwight Harris

11

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
COLUMBIA

DWIGHT HARRIS,                    )
1435 N. Courthouse Rd.            )
Arlington, VA 22201               )
                                  )
                                  )    Civil Action No. 06-2257
v                                 )
                                  )
ALVIN GOINS JR.                   )
13401 DONCASTER RD.               )
SILVER SPRING, MD 20904           )

**ORDER**

ORDER,

                                        _____
                                        Judge Collen Koller-Kotelly

Copies sent to:
Dwight Harris
1435 N. Courthouse Rd.
Arlington, VA 22201

Wendell Robinson, Esq.
4308 Georgia Ave. NW
Washington, DC 20011

Exhibit (1)
(1)



## SWORN AFFIDAVIT

I, Lucy Price, of 1221 Gallatin Street N.W., Washington D.C., 20011, will attest to Mr.

Alvin Goins Jr. stating to me in April of 2004 that he made an agreement with Dwight

Harris to sell the property of 4923 New Hampshire Ave. N.W., Washington D.C. to him

and that Dwight Harris was to pay Alvin Goins Jr. $800.00 a month with the option to

buy. I also attest that I witness that Dwight Harris remodeled and restored the property of

4923 New Hampshire Ave N.W., Washington D.C. and that Alvin Goins Jr. did not pay

Dwight Harris for materials or labor for his remodeling services. I will attest that in my

presence Alvin Goins Jr. agreed with Dwight Harris to do all work and that Dwight

Harris's charges for his services were to go toward the purchase of the property or be

paid in full to him after the completion of the remodeling services. I truly declare, certify

and state under penalty of perjury that the statement made here is true and correct.

NOTARY

Lucy Price
1221 Gallatin St. N.W.
Washington D.C.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 25ᵗʰ day of MAy , 2007

_____ Notary Public, D.C.
My commission expires _____

Tony Daniels-Nwagbara
Notary Public, District of Columbia
My Commission Expires 8-14-2010

# JOB INVOICE

Exhibit (2)

Estimated of 32.800.00
Total Amount

Attachment
(1)

Dwight Harris Home Improvement Services
1221 Gallatin St. NW
Wash. DC. 20011

| | |
|---|---|
| DATE ORDERED | ORDER TAKEN BY 2-04 |
| PHONE NO. | CUSTOMER ORDER # |
| JOB LOCATION | |
| JOB PHONE | STARTING DATE |
| TERMS | |

TO

ADDRESS 4993 New Hampshire Ave

ATTENTION

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 2 | Glass 9 1/2 X 5 1/2 | 3.00 | 6 00 | |
| 2 Pk | Light Bulbs | 1.50 | 3 00 | |
| 5 | Chandelier Bulbs | .30 | 1 50 | |
| 5 Pk | Switch Covers | .44 | 2 50 | |
| 8 Pk | Receptle Covers | .22 | 2 00 | |
| 1 | Repair Kitch Cabinet | | | |
| | door | 10.00 | 10 00 | MISCELLANEOUS CHARGES |
| 1 | Back door molding Kit | 21.00 | 21 00 | |
| 1 | Replace Handrail | | | |
| | Down to Basement | | | |
| 20 | Sheet Rock | 9.50 | 200 — | |
| 2 | Screws 5 lb | 20.00 | 40 — | |
| 1 | Mud | 9.00 | 9 00 | |
| 1 | Corner Beam | 10.00 | 10 00 | |
| 7 | 2 x 3 x 8 | 2.00 | 15 00 | LABOR / HRS. RATE / AMOUNT |
| 2 | 48 x 24 Lights | 40 | 80 00 | |
| 1 | 50 ft 12/2 wire | 30.00 | 30 00 | |
| 3 | Smoke K.11 | 20.00 | 60 — | |
| 1 | Skylight Bathroom Leaking | 20.50 | 450 00 | |

| | |
|---|---|
| WORK ORDERED BY | |
| DATE ORDERED | |
| DATE COMPLETED | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | |

CUSTOMER APPROVAL
SIGNATURE

AUTHORIZED SIGNATURE  Dwight Harris

carboniess    adams    NC2817
Case 1:06-cv-02257-CKK    Document 46-3    Filed 03/20/2008    Page 2 of 2
3 PART

# JOB INVOICE

| | |
|---|---|
| **TO** | **DATE ORDERED** | **ORDER TAKEN BY** |
| **ADDRESS** 4923 N.H. | **PHONE NO.** | **CUSTOMER ORDER #** |
| | **JOB LOCATION** | |
| | **JOB PHONE** | **STARTING DATE** |
| **ATTENTION** | **TERMS** | |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 1 | Repair Window Large BR | 7500 | 75 — | |
| | felt | | | |
| 1 | ceiling Light as hall | 1800 | 18 00 | |
| 2 | Coiner molding 8 ft | 509 | 11 00 | |
| 58 | inside Corner molt 8 ft | 4115 | 35 — | |
| 90 | cornis | 4.46 | 40 | |
| 1 | 32" wood door | 2500 | 25 — | |
| 1 | Door Knob Kit | | | |
| 1 | Lock Set - New door | 2000 | 20 — | |
| 2 | Lock basement doors | 1500 | 30 — | |
| 1 | Closet im basement Room | 100.00 | 100 — | |
| | | | | MISCELLANEOUS CHARGES |
| | Labor Included | | | |
| | | | 29 900 — | |
| | | | 8 00 — | LABOR | HRS. | RATE | AMOUNT |

| | |
|---|---|
| **WORK ORDERED BY** | **TOTAL LABOR** |
| **DATE ORDERED** | **TOTAL MATERIALS** |
| **DATE COMPLETED** | **TOTAL MISCELLANEOUS** |
| | **SUBTOTAL** |
| **CUSTOMER APPROVAL SIGNATURE** | **TAX** |
| **AUTHORIZED SIGNATURE** | **GRAND TOTAL** |

2

#856.67          Attachments 1-5

| TO | Lucy Price | | DATE ORDERED | | ORDER TAKEN BY |
|---|---|---|---|---|---|
| ADDRESS | 4923 New Hampshire St. New | | PHONE NO. | | CUSTOMER ORDER # |
| | | | JOB LOCATION | | |
| ATTENTION | | | JOB PHONE | | STARTING DATE |
| | | | TERMS | | |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK | | |
|---|---|---|---|---|---|---|
| | Install New pipe to Radiator. Check System. Could Not Cut Furnace on because Need a New Expansion tank and Expasion Vaule | | | | | |
| | Pvid in Full | | | MISCELLANEOUS CHARGES | | |
| | | | | | | |
| | | | | LABOR | HRS. | RATE | AMOUNT |
| | | | | | | |

| WORK ORDERED BY | Robert Spie Sr. | | | |
|---|---|---|---|---|
| DATE ORDERED | 1-19-07 | | TOTAL LABOR | 350 |
| DATE COMPLETED | 1-19-07 | | TOTAL MATERIALS | — |
| | | | TOTAL MISCELLANEOUS | — |
| CUSTOMER APPROVAL SIGNATURE | Robert Spie Sr. | | SUBTOTAL | 350 |
| AUTHORIZED SIGNATURE | Ralph Brazeal | | TAX | — |
| adams NC2817 MADE IN USA | 234-1649 | JOB INVOICE | GRAND TOTAL | 350 |

3

**JOB INVOICE**

TO: *Lucy Price*
*Shirley Howard*

ADDRESS: *1801 Delaware Ave SW 206*
*Wash D.C.*

ATTENTION: *4923 New Hampshire Ac Hw*

DATE ORDERED: *1-20-07*
ORDER TAKEN BY:
PHONE NO.:
CUSTOMER ORDER #:
JOB LOCATION: *Same*
JOB PHONE: *2-487-0760*
STARTING DATE:
TERMS:

| QTY. | MATERIAL | UNIT | AMOUNT |
|------|----------|------|--------|
| 1. | Install 1 Expansion Tank. | | |
| (2) | 1 Expansion Valve | | |
| (3) | 1 Shut of Valve Refill system and start heat | | |
| | *Paid in Full* | | |

**DESCRIPTION OF WORK**

**MISCELLANEOUS CHARGES**

**LABOR** | HRS. | RATE | AMOUNT

WORK ORDERED BY: *Lucy Price*
DATE ORDERED: *1-20-07*
DATE COMPLETED: *1-20-07*

CUSTOMER APPROVAL SIGNATURE: *Robert Price*
AUTHORIZED SIGNATURE: *Tom Burrell*

| | |
|---|---|
| TOTAL LABOR | 420 |
| TOTAL MATERIALS | — |
| TOTAL MISCELLANEOUS | 420 |
| SUBTOTAL | 420 |
| TAX | — |
| GRAND TOTAL | 420 |

adams NC2817
MADE IN USA

JOB INVOICE

4

```
ORIGINAL                        INVOICE
                            CASTLE WHOLESALERS
                            3450 BLADENSBURG RD
                              BRENTWOOD, MD
                                  20722
                              301-699-2206
                            Fax: 301-699-2137
                           www.castlewholesalers.com
    Sold To:   A11044
    P & B REST HAVEN INC                           INVOICE    761542
    820 RANDOLPH ST NW
    WASHINGTON, DC 20011                           PAGE          1

                                 DATE  01/19/07   TIME    5:31 PM
```

| SLSP | TERMS | CHECK/CARD# | TAX | WH | REF# | RECPT# |
|------|-------|-------------|-----|----|------|--------|
| CTC | CASH | | 5.00 | 01 | | S20729 |

| ITEM | DESCRIPTION | QUANTITY | UM | PRICE | UM | EXTENSION |
|------|-------------|----------|----|----|-----|-----------|
| 26024406 | F40CWP230 FLUORESCEN | 1 | EA | 2.24 | EA | 2.24 |
| 24103120 | G-25 CLEAR STD BASE | 4 | EA | .77 | EA | 3.08 |

RECEIVED

PAID

| | ITEM TOTAL | 10 PCT HDL | | TAX | INVOICE TOT |
|---|-----------|------------|---|-----|-------------|
| | 5.32 | .53 | | .29 | 6.14 |

PAYMENT RECEIVED BY:

NO RETURNS RIDGID TOOLS, CABINETS, VANITIES, DOORS, BATHTUBS, AND WINDOWS
RETURNS ON THESE ITEMS MUST BE DIRECTED TO THE APPROPRIATE SERVICE CENTER

ALL CLAIMS MUST BE ACCOMPANIED BY INVOICE WITHIN 5 DAYS IN THE ORIGINAL
UNDAMAGED PACKAGE. ALL REFUNDS BY MERCHANDISE CREDIT ONLY.
$35.00 CHARGE FOR ALL RETURNED CHECKS.

```
=================================================================
! O R I G I N A L                  INVOICE
!                             CASTLE WHOLESALERS
!                             3450 BLADENSBURG RD
!                               BRENTWOOD, MD
!                                   20722
!                               301-699-2206
!                             Fax: 301-699-2137
!                            www.castlewholesalers.com
! Sold To:    A11044
! P & B REST HAVEN INC                               INVOICE      762766
! 820 RANDOLPH ST NW          4923
! WASHINGTON, DC 20011                               PAGE         1  !
!
!                                       DATE  01/25/07  TIME    2:54 PM !
!=================================================================
!SLSP!TERMS        !CHECK/CARD#!TAX  !WH!REF#          !RECPT#        !
!-----------------------------------------------------------------
! SDP!CASH         !           !  5.00!01!             !S21883        !
!=================================================================
!ITEM             !DESCRIPTION        !QUANTITY!UM!  PRICE!UM! EXTENSION!
!=================================================================
!2033200          !2L40W 1'X4' WRAPAROU!    1!EA!  19.48!EA!    19.48!
!62218065         !10.1OZ WH PAINTERS C!    3!EA!    .97!EA!     2.91!
```

RECEIVED

```
!=================================================================
!                ! ITEM TOTAL! 10 PCT HDL!    TAX!INVOICE TOT!
!                !-----------------------------------------------
!                !    22.39!      2.24!    1.23!     25.86!!
!                !=================================================
!                               PAYMENT RECEIVED BY:           !
!=================================================================
```

NO RETURNS RIDGID TOOLS, CABINETS, VANITIES, DOORS, BATHTUBS, AND WINDOWS
RETURNS ON THESE ITEMS MUST BE DIRECTED TO THE APPROPRIATE SERVICE CENTER

ALL CLAIMS MUST BE ACCOMPANIED BY INVOICE WITHIN 5 DAYS IN THE ORIGINAL
UNDAMAGED PACKAGE. ALL REFUNDS BY MERCHANDISE CREDIT ONLY.
$35.00 CHARGE FOR ALL RETURNED CHECKS.

6

** FINAL **

CASH SALES RECEIPT

PAGE     1 OF     1

WASHINGTON
TICKET#: 29-B3932-1
23143 LICENSED TRADE CUSTOMER
JOB NAME:

SALESMAN#: 2999
CUST ORD#:
QUOTE#:

| QUANTITY | STOCK# | UM | DESCRIPTION | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|
| 1.00 | 379000 | EA | 512050230 THERM FUSE 288 F/CG,HE,EG | 4.5450 | 4.55 |

|  | |
|---|---|
| SUB TOTAL: | 4.55 |
| DC STATE TAX: | .26 |
| GRAND TOTAL: | 4.81 |

**CASH**



PAID
JAN 2 3 2007
By

```
                                    ** FINAL **                 PAGE  1 OF  1
                              CASH SALES RECEIPT
WASHINGTON
TICKET#: 29-B3867-1                          SALESMAN#: 2999
23143 LICENSED TRADE CUSTOMER                CUST ORD#:
JOB NAME:                                       QUOTE#:

QUANTITY   STOCK#  UM   DESCRIPTION              UNIT PRICE   EXT. PRICE
========================================================================
   1.00    423945  EA   VR8200A2132  1/2X1/2 GAS VLV 24VAC    47.1466      47.15

========================================================================
```

|  | SUB TOTAL: | 47.15 |
|---|---|---|
|  | DC STATE TAX: | 2.71 |
| **CASH** | GRAND TOTAL: | 49.86 |



Dr. Mr. Allen E. Gains Sr.
8997 Br _____ Lane
Silver Springs, md 20904

Exhibit (4)

From: Mr. Dwight V. Harris
1435 North Courthouse Rd.
Arlington Va. 22201

Sept 8 2006

Re: Civil Suit & Criminal Charges.

Dear Mr. Gains

I am writing you to inform you that I plan on
going to the Federal Grand Jury in Jan. of
2007. to testify of multi-counts of criminal
charges of tax-evasion, fraud and breech of
contract along with other D.C. Code and Federal
violations. I am to contact Ms. Peggy Bennett
of the District Attorney's Office of the Federal Court.
Mr. Gains, the law suit will be in lieu of
$250.000.00 and that will not include my
personal damages. The suit will surround
the fact that you stated that you was saling
me the house on New Hampsher ave. N.W., and
the fact that I spent thousands of dollars
in meterial, contracts and labor works
for reasons of the house being condemned by
the Fire Dept and Housing Authority.
Mr. Gains, I understand my mom presented

9

you in contract for the sale of the house (because you've on a number of occasions refused to give me our agreement in writing) and you refused to sign the contract, well thats OK sir, because I know for a fact that you couldnt and cant sale the house, but I'm more than sure that will come out in court.

Sir, I never wanted this to come to this especially with the relationship you have with my mother, but you've given me no other choice. Mr. Goins if you have not paid me $50.000.00 in cash by Dec 1, 2006 for the money I invested into the house on New hampshere Ave NW along with the money that you've been payed every month since our original verbal contract of me purchasing the house from you. I will be forced to persue to go to the Grand Jury of the Federal court and have my lawyers file the Federal civil suit at the first of the year. Mr. Goins, please don't take me for granted because I would not like for you to ever have to experience this what I'm dealing with at the present, because it very costing from lawyer fees and the trouble of being power less over your liberty and future is maddening.

ces Mail to: Mr. Berry Coburn Esq.
Ms. Swan M. Price.

Sincerely

Mr. [signature]

10

Exhibit 5 

(5)

## DRAFT MEMORANDUM OF OFFER FOR SALE

Date: July 6, 2006

To: Lucy Price

From: Alvin E. Goins, Jr.    *Alvin E. Goins Jr*

RE: Offer to sell 4923 New Hampshire Avenue, N.W.; Washington, D.C. 20011

TIME IS OF THE ESSENCE: Please respond to this offer within five (5) business days from the date of this draft.

SALE PRICE: Appraised Value of Property minus 10%.
An independent appraisal will be prepared by a qualified licensed appraiser.

DOWN PAYMENT: $50,000.00 to facilitate clear title at settlement.

TERMS OF SALE: Settlement to take place within six (6) months or sooner.
No rent payments during pre-settlement period.
*Any subleasing of property during pre-settlement period must be approved by Alvin E. Goins, Jr. (owner) in writing.

In the event that settlement does not take place within the six (6) month period, the $50,000.00 down payment will be refunded minus the rent payments due for the six (6) months.

*In the event that settlement does not take place within the six (6) month period, you agree to vacate the property immediately and all contracts, leases, and associated agreements will become null and void. * Payment of refunded down payment will occur when property has been completely vacated.