United States District Court for The District of Columbia

Dwight Harris
    Plaintiff

Vs.

Alvin Goins Jr.
    Defendant

Case No. 06-2257
Judge, C.K. Kotelly

## Motion for Pro-Bono Representation

I the plaintiff Pro-se, comes before this honorable court in dying need of a professional Bar member that exclusively litigate real property, contractual and agreements.

On February 14, 2008, clearly demonstrated at the Initial Conference Hearing, that I was incompentant and ignorant to the procedures, rules and case law of the court.

The defendant has hired two lawyers, I don't have one and I confess to this honorable court t, that this institution that I'm housed at do not have any legal material concerning state or federal civil laws.

Your Honor, I have on numerous occasions tried over and over to obtain legal counsel but to no avalibility because most organizations that provide assistance to indigent individuals are federally funded which prevents me from qualifing for the assistance because my statutes of incarceration.

T he deputy warden as warn me that the institution will not allow no more 'telephone conference calls, even if they are ordered my your Honor. My case manager has regarded my civil case as a personal matter not a legal matter.

Honorable C.K. Kotelly, I am in a intensive therapeutic drug program, for the first time in my life I'm taking this treatment very serious and look to continue my recovery and sobriety through out the rest of my life.

I do take this civil action very serious because I know that the defendant has truly Breached the contract agreement he made with me, and he made this agreement in the presence of his managing agent Mr. Lucy Price.

Judge C. K. Kotelly, I've inclose the most resent Account It will show how much money I have in my inmate Account EXHIBIT (A)

I PRAY that this court grant this motion for legal counsel and representation.
I submit this to this court on February 25, 2000.

## Certificate of Service

I have mailed to Wondell Robinson 4308 Georgia Ave. N.W. Wash. DC. 20011

Truthfully Submitted.

*[signature]*
Dwight Harris

## AFFIDAVIT OF INDIGENCY

I, Dwight Harris, hereby state under oath in due form of law that I have been incarcerated in the Montgomery County Detention Center since December 28, 2007, in connection with criminal charge(s) pending in unrelated matter. Since my incarceration, I have depleted all of my assets, and other items of personal adornment. I have no cash money, no bank accounts, either savings or checking, no stocks or bonds, or certificates of deposit; no personal or real property, and no motor vehicles.

Because of my indigence and incarceration, I am unable to pay ATTORNEY FEES, and hereby request waiver of said fees in accordance with MARYLAND RULE OF PROCEDURE 1-325, for WAIVER OF ATTORNEY FEES IN THE ABOVE-CAPTIONED MATTER, FOR REASONS AS STATED ABOVE.

_____
Mr. Dwight Harris

STATE OF   MARYLAND
COUNTY OF  MONTGOMERY                to wit:

I HEREBY CERTIFY that on this ___11th___ day of __March__ [month], __2008__ [year] before me, the subscriber, a Notary public in and for the State and County aforesaid, personally appeared Dwight Harris and signed the above affidavit in my presence and acknowledged to me that the information contained therein is true and correct.

AS WITNESS, my hand and notary seal.

My commission expires: __12/1/08__

_____
Notary Public

Case 1:06-cv-03225-DKK   Document 47   Filed 03/20/2008

Exhibit A

# Resident Funds Inquiry
**Current User Name: 683** Logout

ResId: 079262    [Submit]

**Resident Id:** 079262
**Resident Name:** HARRIS, DWIGHT
**Date of Birth:**
**Location:** W2 - 3 -

**Account Activity:**

| Date | Transaction Type | Transaction Description | Amount | Available | Held | |
|---|---|---|---|---|---|---|
| 2/11/2008 | | SHOWER SHOES 1/8 | -0.74 | 0.00 | 0.00 | |
| 2/11/2008 | INMATE SERVICES | SHOWER SHOES 1/8 | 0.74 | 0.74 | 0.00 | |
| 2/7/2008 | EPR | OID:100125899-ComisaryPurch-Reg | -39.34 | 0.74 | 0.00 | |
| 2/5/2008 | BARBER | HAIRCUT/BEARDTRIM | -12.00 | 40.08 | 0.00 | 4 |
| 1/31/2008 | EPR | OID:100125520-ComisaryPurch-Reg | -45.37 | 52.08 | 0.00 | 5 |
| 1/26/2008 | ERF | OID:100125083-ComisaryRefund-Reg | 12.75 | 97.45 | 0.00 | 9 |
| 1/24/2008 | EPR | OID:100125083-ComisaryPurch-Reg | -64.93 | 84.70 | 0.00 | 8 |
| 1/22/2008 | BARBER | HAIRCUT/BEARDTRIM | -8.00 | 149.63 | 0.00 | 14 |
| 1/19/2008 | ERF | OID:100124644-ComisaryRefund-Reg | 19.45 | 157.63 | 0.00 | 15 |
| 1/17/2008 | EPR | OID:100124644-ComisaryPurch-Reg | -63.04 | 138.18 | 0.00 | 13 |
| 1/16/2008 | MCCF MAIL DEP | MO | 200.00 | 201.22 | 0.00 | 20 |
| 1/12/2008 | ERF | OID:100124308-ComisaryRefund-Reg | 1.20 | 1.22 | 0.00 | |
| 1/10/2008 | EPR | OID:100124308-ComisaryPurch-Reg | -1.20 | 0.02 | 0.00 | |
| 12/28/2007 | INTAKE | INITIAL DEPOSIT | 1.22 | 1.22 | 0.00 | |