United States District Court for The District of Columbia

Dwight Harris

v.

Alvin Goins, Jr.

Case No: 06-2257

Judge C. K. Kotelly

RECEIVED
MAR 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OPPOSITION TO SUMMARY JUDGMENT AND MOTION TO DISMISS

I the Plaintiff Pro-se comes before this honorable court of Justice C.K. Kotelly, to oppose the defendants motions.

1. I the plaintiff filed this civil action on the 29th of December 2006, The original complaint clearly states "the cause of action, relief of damages in the sum amount of $500,000.00 which gives this honorable court jurisdiction, and the reasons for the damages are clearly documented as " I'm suing Alvin Goins in lieu of $500,000.00 or more for declarative, specific and compensatory damages.

2. The personal letter that I wrote to Alvin Goins that mention about the $30,000.00 was before I filed this suit also for the record the $30,000.00 was spent on materials alone, which did not cover labor and contract cost. The letter to Mr. Alvin Goins clearly state that my services rendered to the Restoration of his property was absolutely $500,000.00.

3. When deciding a motion for a summary judgment drawing

page 1 of 5

United States District Court for the District of Columbia

ANDERSON V. LIBERTY LOBBY, INC, 477 U.S. 242 (1986)

4. I oppose the defendants' argument on the grounds that my suit is about ownership of a property that has been apprised at $425,000.00 I'm suing Alvin Goins for 2 million but the original suit was for 500,000.00 for specific compensatory and declarative damages, so this court do have legal jurisdiction

5. The Plaintiff keep using the amount of $30,000.00 dollars as my fee for remodeling, for THE RECORD OF THE COURT I SPENT $30,000.00 Dollars ALONE FOR JUST THE MATERIALS, it's clearly written that my contracting fee ARE $50,000.00 (For the record of I have a written estimation that was given to the defended for the about I believe in the area of $38,000.00)

6. THE defendant tabulated the amount of his monthly charges that he was recieve from me which were to towards the purchase of the property of 4923 New Hampshire, With he acknowledging the payment shows clear that there were a sale deal, because a person that was charging an individual for just rent would not indicate, because the renter is paying just for his stay. The defendant has also miscalculated, which I believe he purposely is trying once again to deceive this court as before. The following

2 pages of 5

United States District Court for the District of Columbia

invested in the property of 4923 New Hampshire Ave N.W. Washington DC. 20011.

Restoration and Remodeling of the above property

$50,000.00 Contractual fee, which Alving Goins Jr Agreed to Accept as a down payment

$32,800.00 From April 2004 until September of 2007

$82,800.00 The Total amount invested in the property in question is $82,800.00.

7. The plaintiff have ask this court in it original complaint to give him judgment in the amount of $500,000.00 in damages because the value of the Real property.

8. The defendant has breached his contract with the Plaintiff but the defendant in stated in this court that he did make an agreement to have the Plaintiff to do the remodeling, but in the Superior Court he has denied to ever allow the Plaintiff to do any type of work on his property.

age of 5

9. The defendant made an agreement to sale his property to the plaintiff Dwight Harris the defendant managing agent who worked for him managing all aspects of his real property including 4923 New Hampshire Ave. N.W. Wash. D.C. will testify to the fact that the defendant absolutely made the agreement and that the Plaintiff $50,000.00 contractual fee was to go towards a down payment and that $800.00 per month was to go toward the purchase of the property.

10. The Plaintiff opposes this motion and will prove to this court with undisputable affidavits, witnesses

4 pages of 5

United States District Court for the District of Columbia

and document that will prove to a jury and/or honorable Judge that Alvin Goins Jr. did in fact agree to sale 4923 New Hampshire Ave NW. Washington D.C. at a reduce rate of $290,000.00, with the Plaintiff contract fees of $50,000.00 being accepted as a down payment by Alvin Goins Jr. and that the plaintiff will pay per month to Alvin Goins Jr $800.00 which were to go towards the purchase.

In closing the defendant has no merit for niether a summary judgment or dismissal, there is fare to much evidence that the plaintiff has to support a favable judgment, that is why the attorney for the is filing such motions.
The Attorney displayed the same in the Superior Court, flooding the court with motion to dismiss over and over again, he also disrupt the courts harmony by filing so many motions.

I hereby submit this opposition to this honorable court on February 21 2008.

Certificate of Service

I have mailed a copy to Wendell Robinson, 4308 Georgia Ave NW Wash. D.C. 20011

5 pages of 5

Dwight Hart    Truthfully Submitted