Dwight Harris
~~Def~~ Plaintiff

V.

Alvin Goins Jr.
Defendant

Civil Case No. 06-2257
Judge, C.K. Kelelly

RECEIVED
MAR 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Opposition to Defendant Answer

I the Plaintiff Pro-se comes before this Honorable Court presenting the statement of facts. The following will be proven through affidavites and witnesses testimony and by state and federal Laws:

1. I charged Alvin Goins Jr. $50,000.00 for restoring 4923 New Hampshire Ave N.W. Wash. DC. which Alvin Goins Jr. stated in the presence of his managing agent that the $50,000.00 was to go towards a down payment for the purchase of the said property. There havebeen a sworn affidavit notarize in reference to the above.

2. I presented Alvin Goins Jr. a estimate and gave his agent a copy of the same estimation. I will be produced to this court.

3. Alvin Goins Jr. made me a offer of selling me his property for $290.something thousand dollars, with a $500.00 dollars payment each month which is to go toward the purchase of the property. he stated that he was a broker and that he would produce me a contract, which he did not do through his deceit and intention. I will present to the court a written statement about Alvin Goins being a broker fraudulently and offering ONE of three to sale the property.

4  Alvin Goins Jr, breached his contract with me, he intentionally decieved me because of my illiteracy concerning sale laws for real property. He used the trust I had for him, being I was staying in one of his condo's and doing business with him on the daily basis. He not only violated my trust in him but come to find out he have been operating and illicit business violating the laws of D.C. municipal, D.C. code laws and sales, rent, and accomendation for housing unit according the Dept of Consumere Regulatory Affairs. I will prove to this court Alvin Goins Jr. has evaded paying D.C. and federal income taxes for over a decade, he has not reported on his Maryland state forms of his wages and additional income from running his illicit unlisence business in the District of Columbia provide the residents of D.C. housing accomendations.

5  Alvin Goins Jr. omission in this court for the record is and must be used because it holds Alvin Goins Jr Also ACCOUNTABLE, He has state to this court that there was an agreement for the sale of the property, he also has said before this court that he did give permission of me remodeling the property in question, so there should not be no pardon because I the plaintiff did not number his paragraphs, I look to the court to hold the defendant accountable for all his misdeeds and illegal behavior.

6. This court has jurisdiction, cause of Action is within the statute of limitations.

7. According to the "Federal Rule", suits in state and federal courts may properly proceed simultaneously "Atleast until judgment is obtained in one of them which may be set as Res-Judicata in the other."

8. This case in the District Court before your honor, C.K. Kotelly is a suit about Real property, The case before Honorable Thomas Motley is about breach of contract, for not the defendant Alvin Goins Jr. Did not pay me for my remodeling services once he breach the contract Agreement of selling me the property of 4923 New Hampshire Ave. N.W. Wash. D.C.

9. Alvin Goins Jr, has tried on numerous ocassions to minipulation the courts both federal and superior with motion for dismissal that has no merit, he has continued to decieve this honorable court as he has decieve not only me but the D.C. Government, Tax and Revenue Services, Maryland State Tax and Revenue Services and the federal goverment for not paying

Three of Four

his income taxes as a law and abiding citizen. I will prove to this court with official documentation of Alvin Goins Jr illegal business

10  I pray and plead with this most honorable court that it holds Alvin Goins Jr Accountable for his illegal business, for not paying income taxes, and for not complying with his sales agreement concerning the real property of 4923 New Hampshire Ave. NW. Wash. D.C.

I humbly submit this to the court of Judge, C.K. Kotelly on February 18, 2008

### Certificate of Service

I have mailed first class to Wendell Robinson at 4308 Georgia Ave. NW. W.D.C. 20011

Truthfully Submitted,
Dwight V. Harris

Four of four