Plaintiff

Date: March 20-2008

v.

CA. 06-2257

Alvin Gows Jr
        Defendant

Judge C.K. Kotelly

Case No. 06-2257

**RECEIVED**

MAR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Request for Conference
Hearing Transcripts

I The Plaintiff Pro-se and forma Pharpus exempt from all cost for requested Conference Hearing Transcripts recorded February 12, 2008, in The court room of the most Honorable Judge C.K. Kotelly At 930 Am.

Please expedite the requested transcripts.

I thank you for your most valuable time and assistance in the above matter. They both Are well Appreciated

PS. Initial Conference Hearing
    Dated. Feb. 14, 2008        Sincerely
    Judge C K Kotelly
    Time: 930 Am            Dwight Vetry Harris