UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dwight Harris, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-2257 (CKK) |
| | : | |
| Alvin Goins, Jr., | : | |
| | : | |
| Defendants. | : | |

ORDER

Plaintiff moves for a free transcript of the status hearing held on February 14, 2008. In *in forma pauperis* proceedings such as this, the Court is authorized to "direct payment by the United States of the expenses" of a transcript only if the transcript is required. 28 U.S.C. § 1915(c). The Court does not require a transcript of the status conference, and plaintiff has not established a compelling need for it. Accordingly, it is

ORDERED that plaintiff's request for a free transcript of the status conference [Dkt. No. 50] is DENIED.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

May 8, 2008