Dwight Harris
Montgomery Co. Corr Fac.
2288 Whelan Lane
Boyds, MD. 20841

Vs.

Alvin Goins Jr.
13401 Doncaster Lane
Silver Spring Md. 20904

Case No. 06-2257
Judge, Honorable C.K. Kotelly

RECEIVED
MAY 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Motion for Property lien</u>

Most Honorable Judge, C.K. Kotelly, I the plaintiff Pro-se litigant comes before you humbly and sincerely requesting that your order a [Lien] on the property that is in dispute of ownership through a sales agreement for the dwelling of 4923 New Hampshire Ave. N.W. Washington DC.

<u>Grounds for lien</u>

1. On February 14 2008, your honor requested the defendant Alvin Goins Jr, not to pursue or take any actions concerning the property of 4923 New Hampshire N.W. Wash. DC.

2. On February 14, 2008 that very same day you asked the ~~defendant~~ defendant to put a hold on any action concerning the property, he deliberately disregarded your request and filed a civil suit

(1)

for Possession of Real Estate, for reasons that I have ABANDONED the property in dispute of homeownership and buying.

3. Your Honorable Judge, Kotelly again on May 6 2008 the defendant Alvin Goins Jr, filed a civil complaint for Possession of Real Esteet, this time complaining that he has not recieve payments monthly.

I have enclosed a number of returned payments and documentation from the defendant on payments made to him.

4. The defendant Alvin Goins Jr has Breached his Contract Agreement with me concerning me purchasing the dwelling of 4923 New Hampshire Ave, N.W. Wash. D.C.

5. The defendant has demostrated numerous time that he has no respect and continue to decieve this court. He has expressed that he will do what ever it takes not to be responsible and comply with the court and/or comply with the ~~contracts~~ Agreement of him selling me the dwelling of 4923 New Hampshire Ave, N.W. Wash. D.C.

I submit this motion for Lien on dwelling of 4923 New Hampshire Ave. N.W. Wash. D.C. on May 11, 2008.

(2)

## Conclusion

Your honor I am afraid that the defendant has a buyer for the property in dispute, I am afraid that the defendant will continue to disregard this court wishes.

The defendant has from the very begaNNing decieved this court filing erroneous and fabulous statements briefs and motions.

I ask once again and beg this court to order a property lien on the property of 4923 New Hampshire Ave N.W. Washington D.C. so that the defendant can't sale the property before you rule a verdict.

I truly thank this court for its time and assistance in the enclose matter. They both are well appreciated.

I have enclose several documents that I hope will be helpful in your decision making. Exhibits 1, 2, and 3 should be helpful in your decision making

Forever Truthful

*Dwight V. Harris* (signature)

Dwight Harris

## Certification of Service

I have mailed a copy of this Motion & have been delivered to MR. Wendell Robinson At ~~4438~~ 4308 Georgia Ave. N.W. Wash. D.C.

Truthful Submitted
Dwight Harris
Dwight Harris

(4)

DWIGHT HARRIS
vs.
ALVIN GOINS JR.

Case No. 06-2257
Judge, C.K. Kotelly

## Order

Order, that this Motion is Granted this date _____ month _____ year _____

Copies mailed to:

Wendell Robinson
4308 Georgia Ave. NW.
Washington DC. 20011

Dwight Harris
22880 WHELAN LANE
Boyds, Md. 20841

_____
Judge, C.K. Kotelly


Exhibit (F)

## SWORN AFFIDAVIT

I, Lucy Price, of 1221 Gallatin Street N.W., Washington D.C., 20011, will attest to Mr. Alvin Goins Jr. stating to me in April of 2004 that he made an agreement with Dwight Harris to sell the property of 4923 New Hampshire Ave. N.W., Washington D.C. to him and that Dwight Harris was to pay Alvin Goins Jr. $800.00 a month with the option to buy. I also attest that I witness that Dwight Harris remodeled and restored the property of 4923 New Hampshire Ave N.W., Washington D.C. and that Alvin Goins Jr. did not pay Dwight Harris for materials or labor for his remodeling services. I will attest that in my presence Alvin Goins Jr. agreed with Dwight Harris to do all work and that Dwight Harris's charges for his services were to go toward the purchase of the property or be paid in full to him after the completion of the remodeling services. I truly declare, certify and state under penalty of perjury that the statement made here is true and correct.

_____
NOTARY

_____
Lucy Price
1221 Gallatin St. N.W.
Washington D.C.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence,
this 25th day of MAY, 2007
_____
Notary Public, D.C.
My commission expires _____

Tony Daniels-Nwagbara
Notary Public, District of Columbia
My Commission Expires 8-14-2010

Exhibit (2)

005253 08

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION, LANDLORD AND TENANT BRANCH
Bldg. B, 510 4th Street, NW, RM. 110
Washington, DC 20001   Telephone (202) 879-1152  L&T. _____

Alvin E. Cruse Jr. _____ vs. _____
**Plaintiff/Landlord**                    **Defendant/Tenant**
Bay Property Inc                           4953 NH
**Address**                                **Address**
_____                    Washington, D.C. _____
                Zip Code                                    Zip Code

**COMPLAINT FOR POSSESSION OF REAL ESTATE**

DISTRICT OF COLUMBIA, ss:
__Wendell C Robinson__, being first duly sworn, states: ☑ he or she is the landlord and/or ☐ licensed real estate broker or ☐ the landlord's authorized agent of the house, apartment or office located at __4953 N.H. Ave NW_____, Washington, D.C.
The property is in the possession of the defendant, who holds it without right.
The landlord seeks possession of the property because:
A. ☐ The tenant failed to pay: $ _____, total rent due from _____ to _____; $ _____,
   late fees; and/or $ _____, other fees (Specify) _____.
   The monthly rent is $_____. The total amount due to the landlord is $_____.
   Notice to quit has been: ☐ served as required by law  ☑ waived in writing.
B. ☐ Tenant failed to vacate property after notice to quit expired. (copy attached).
C. ☑ For the following reason: (explain fully)
   __The Tenant Has Abandoned The Property__

Notice to quit is:  ☐ not required   ☐ waived in writing   ☐ other

Therefore, the landlord asks the Court for:
☑ judgment for possession of the property described.
☐ judgment for rent, late fees, other fees and costs in the amount of $ _____.
☐ an order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

Subscribed before me this (FEB 14 2008) day of _____
                                               **Plaintiff /Landlord or Agent**

_____                    _____
**Notary Public**                           **My Commission expires**

### SUMMONS — TO APPEAR IN COURT   MAR 6 2008

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON _____, AT 9:00 A.M. PROMPTLY, in Landlord and Tenant Court, Courtroom Bldg. B, 510 4th Street N.W. to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant you must come to court if you claim a right to possession of the premises.

### CONVOCATORIA — DE COMPARENCIA AL TRIBUNAL   MAR 6 2008

A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL _____, A LAS 9:00 A.M. al Tribunal de Arrendadores y Arrendatarios, Edificio B, 510 4th Street N.W. a contestar la demanda entablada por ocupacion de la propiedad aqui citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupacion que tenga sobre la misma.

_____
**Plaintiff's/Landlord's Attorney**
Abogado del demandante/Arrendador

                                          CLERK OF THE COURT
                                          SECRETARIO DEL TRIBUNAL
_____
**Address/Direccion   Zip Code/Codigo postal**   Costs of this suit to date are
                                                 Costos del juicio hasta la fecha

                                                 $ _____
_____
**Phone No            Unified Bar No.**
Telefono              No. de afiliacion
                      Sociedad de Abogados

Robert
561-0981
5- 9:30 pm

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, LANDLORD AND TENANT BRANCH**
Bldg. B, 510 4th Street, NW, RM. 110
Washington, DC 20001   Telephone (202) 879-1152   L&T. _____

005253 08

ALVIN E. Grove Jr. _____ vs. _____
Plaintiff/Landlord                    Defendant/Tenant
_____              4953 NH _____
Address                              Address
_____              Washington, D.C. _____
              Zip Code                                       Zip Code

**COMPLAINT FOR POSSESSION OF REAL ESTATE**

DISTRICT OF COLUMBIA, ss: Wendell C Robinson, being first duly sworn, states: ☑ he or she is the landlord and/or ☐ licensed real estate broker or ☐ the landlord's authorized agent of the house, apartment or office located at 4953 N.H. Ave NW _____, Washington, D.C.
The property is in the possession of the defendant, who holds it without right.
The landlord seeks possession of the property because:
A. ☐ The tenant failed to pay: $ _____, total rent due from _____ to _____ ; $ _____, late fees; and/or $ _____, other fees (Specify) _____.
The monthly rent is $ _____. The total amount due to the landlord is $ _____.
Notice to quit has been: ☐ served as required by law  ☑ waived in writing.
B. ☐ Tenant failed to vacate property after notice to quit expired. (copy attached).
C. ☑ For the following reason: (explain fully)
The Tenant has abandoned the Property

Notice to quit is:   ☐ not required   ☐ waived in writing   ☐ other

Therefore, the landlord asks the Court for:
☑ judgment for possession of the property described.
☐ judgment for rent, late fees, other fees and costs in the amount of $ _____.
☐ an order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

_____
Plaintiff / Landlord or Agent

Subscribed before me this   FEB 14 2008   day of _____

_____                      _____
Notary Public                                  My Commission expires

**SUMMONS — TO APPEAR IN COURT**   MAR 6 2008

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON _____, AT 9:00 A.M. PROMPTLY, in Landlord and Tenant Court, Courtroom Bldg. B, 510 4th Street N.W. to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant you must come to court if you claim a right to possession of the premises.

**CONVOCATORIA — DE COMPARENCIA AL TRIBUNAL**   MAR 6 2008

A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL _____, A LAS 9:00 A.M. al Tribunal de Arrendadores y Arrendatarios, Edificio B, 510 4th Street N.W. a contestar la demanda entablada por ocupacion de la propiedad aqui citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupacion que tenga sobre la misma.

Plaintiff's/Landlord's Attorney                    CLERK OF THE COURT
Abogado del demandante/Arrendador                  SECRETARIO DEL TRIBUNAL

Address/Direccion   Zip Code/Codigo postal         Costs of this suit to date are
                                                   Costos del juicio hasta la fecha

Phone No              Unified Bar No.              $ _____
Telefono              No. de afiliacion
                      Sociedad de Abogados