# United States District Court for The District of Columbia

DWIGHT HARRIS
    Plaintiff

V.

Alvin Goins Jr.
    Defendant

Civil Action No. 06-2257
Judge, C K Kotelly

**RECEIVED**
MAY 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion to Recieve Initial Conference Hearing Transcript

I Dwight Harris Pro-se forma pauperis litigant humbly comes before this honorable court, asking this court for the transcript mention dated February 14, 2008.

### Compelling Need As Requested

1. On February 14, 2008 The defendant stated before this court that "HE GAVE ME The PLAINTIFF DWIGHT HARRIS, PERMISSION TO DO REPAIRS to 4923 New Hampshire Ave, N.W. WASH. D.C. AND HE ALSO STATED THAT HE HAS RECIEPTS THAT he PAID ME". But in the Superior Court before Honorable Judge, Thomas Motley, the defendant has stated on the record of the court that he has Never given me

1 of 3

UNITED STATES DISTRICT COURT
FOR The District of Columbia

permission or authority or ever paid me to do any form of repair or remodeling.

2 On february 15, 2008 before Judge Motley the defendant in his answer to the complaint, he stated "That he was unaware that I did any remodeling to the property of 4923 New Hampshire Ave. NW. Wash. D.C.

## Conclusion

Most Honorable Collen K. Kotelly, I need the transcript to prove to the court that the defendant is trying to manipulate the court with deciet and fraudilent accusation before your court just as well as Judge Motley court.
Judge, I need the transcript to use as evidence in my trail coming up the secound week of June of 2008.

I BEG THIS COURT, to grant this Motion.
I submit this to the court on May 26. 2008.

## Certificat of Service

2 of 3

I certify that I have mailed a copy of this motion to Mr. Wendell Robinson, 4308 Georgia Ave N.W., Wash. D.C. 20011

Submitted By.

Dwight V. Harris