UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Dwight Harris,                              :
                                            :
        Plaintiff,                       :
v.                                          :     Civil Action No. 06-2257 (CKK)
                                            :
Alvin Goins, Jr.,                           :
                                            :
        Defendant.                       :

MEMORANDUM AND ORDER

In this civil action filed *pro se*, plaintiff sues defendant for "breach of promise" and fraud based on an alleged agreement between the parties concerning a house in the northwest section of the District of Columbia. Am. Compl. [Dkt. No. 14] at 1. Defendant moves to dismiss or for summary judgment on the ground that the Court lacks subject-matter jurisdiction. Upon consideration of the parties' submissions and the entire record, the Court will deny defendant's motion to dismiss, grant plaintiff's motion to appoint counsel and deny all of plaintiff's other pending motions subject to renewal, if appropriate, by appointed counsel.

Defendant claims that plaintiff has not established a claim for $75,000 to come within the Court's diversity jurisdiction. *See* 28 U.S.C. § 1332 (creating federal court jurisdiction over cases "where the matter in controversy exceeds the sum or value of $75,000" and "is between citizens of different States"). But plaintiff has demanded in his original and amended complaints monetary relief of $500,000, based not only on the restoration and remodeling services defendant identifies in his motion but also on the value of the house that plaintiff alleges defendant agreed to sell to him. Because the value of the house alone is alleged to exceed $75,000, *see* Pl.'s Opp.

at 2, and the parties' diverse citizenship is not disputed, the Court concludes that it has jurisdiction over the case pursuant to 28 U.S.C. § 1332. Accordingly, it is

ORDERED that defendant's motion to dismiss or for summary judgment [Dkt. No. 40] is DENIED; it is

FURTHER ORDERED that plaintiff's motion to appoint counsel [Dkt. No. 47] is GRANTED. The Clerk is directed to appoint counsel from the Court's Civil Pro Bono Panel pursuant to Local Civil Rule 83.11; and it is

FURTHER ORDERED that all other pending motions [Dkt. Nos. 38, 46, 53, 54] are DENIED without prejudice, and the proceedings are stayed until completion of the appointment process.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: June 17, 2008