IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DWIGHT V. HARRIS<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALVIN GOINS, JR.<br><br>　　　　Defendant. | Case No.:1:06-cv-02257-CKK |

ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

　　Please Enter my Appearance on behalf of the Plaintiff, Dwight Harris, in the above-captioned action.

DATED: July 23, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Geoffrey P. Gitner (D.C. Bar No. 176479)
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Geoffrey P. Gitner
　　　　　　　　　　　　　　　　　　　　　　Watergate, Twelfth Floor
　　　　　　　　　　　　　　　　　　　　　　600 New Hampshire Ave., N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　　　　　　　Ph: (202) 772-5926

## CERTIFICATE OF SERVICE

      I certify that on July 23, 2008, a copy of the foregoing Entry of Appearance was sent by electronic mail and United States first class mail, postage pre-paid to:

Wendall C. Robinson, Esq.
Law Offices of Wendell C. Robinson
4308 Georgia Avenue, N.W.
Washington, D.C. 20011

Attorney for the Defendant

_____
Geoffrey P. Gitner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DWIGHT V. HARRIS<br><br>  Plaintiff,<br><br>v.<br><br>ALVIN GOINS, JR.<br><br>  Defendant. | Case No.:1:06-cv-02257-CKK |

**PLAINTIFF'S MOTION FOR CONTINUANCE TO
PREPARE AMENDED COMPLAINT**

   Plaintiff, Dwight Harris, through undersigned counsel, requests that the Court grant Plaintiff fourteen days from the date of this motion to file a Motion for Leave to File an Amended Complaint for the following reasons:

   1.   Under-signed counsel has been requested by the Court to represent the Plaintiff on a pro-bono basis.

   2.   Counsel has agreed to represent the Plaintiff. The Plaintiff is incarcerated in the Montgomery County Detention Center, Boyds, Maryland. Counsel has met with Plaintiff and is in the process of preparing an Amended Complaint.

   3.   In order to finalize the Amended Complaint, counsel must conduct additional investigation and again consult with his client. Counsel believes that an Amended Complaint can be ready for filing within 14 days of this motion.