IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DWIGHT V. HARRIS<br><br>      Plaintiff,<br><br>v.<br><br>ALVIN GOINS, JR.<br><br>      Defendant. | Case No.:1:06-cv-02257-CKK |

**PLAINTIFF'S MOTION FOR CONTINUANCE TO
PREPARE AMENDED COMPLAINT**

    Plaintiff, Dwight Harris, through undersigned counsel, requests that the Court grant Plaintiff fourteen days from the date of this motion to file a Motion for Leave to File an Amended Complaint for the following reasons:

    1.    Under-signed counsel has been requested by the Court to represent the Plaintiff on a pro-bono basis.

    2.    Counsel has agreed to represent the Plaintiff. The Plaintiff is incarcerated in the Montgomery County Detention Center, Boyds, Maryland. Counsel has met with Plaintiff and is in the process of preparing an Amended Complaint.

    3.    In order to finalize the Amended Complaint, counsel must conduct additional investigation and again consult with his client. Counsel believes that an Amended Complaint can be ready for filing within 14 days of this motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DWIGHT V. HARRIS<br><br>      **Plaintiff,**<br><br>v.<br><br>ALVIN GOINS, JR.<br><br>      **Defendant.** | Case No.:1:06-cv-02257-CKK |

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion for Continuance in Which to File Motion for Leave to File an Amended Complaint, it is this ____ day of _____, 2008,

ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the Plaintiff shall file his Motion for Leave to File an Amended Complaint by _____, 2008.

                                                                                                                             _____
                                                                                               Judge Colleen Kollar-Kotelly

COPIES TO:

Geoffrey P. Gitner, Esq.
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Counsel to Plaintiff

Wendall C. Robinson, Esq.
Law Offices of Wendell C. Robinson
4308 Georgia Avenue, N.W.
Washington, D.C. 20011

Counsel to Defendant

4

## CERTIFICATE OF SERVICE

      I certify that on July 23, 2008, a copy of the foregoing Motion for Continuance to File Motion for Leave to File an Amended Complanit was sent by electronic mail and United States first class mail, postage pre-paid to:

Wendall C. Robinson, Esq.
Law Offices of Wendell C. Robinson
4308 Georgia Avenue, N.W.
Washington, D.C. 20011

Attorney for the Defendant

_____
Geoffrey P. Gitner

4.  Counsel has attempted to contact Defendant's counsel, Wendell Robinson, Esq., to determine if Defendant has any objection to this motion, but has been unsuccessful in reaching Mr. Robinson.

WHEREFORE, Plaintiff requests fourteen days from the date of this motion to file his Amended Complaint.

DATED: July 23, 2008

Respectfully submitted,

Geoffrey P. Gitner (D.C. Bar No. 176479)
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Ph: (202) 772-5926

2